**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>KHATTAK PROPERTIES, LLC,<br><br>Debtor(s) | No. 14-04462<br>CHAPTER 11<br>Honorable Timothy A. Barnes<br><br>621 - 623 W. Randolph<br>Chicago, Illinois 60661 |

## RECEIVER'S FINAL ACCOUNTING

November 1, 2013 - May 27, 2014

Eric Janssen, as Receiver prepetition and pursuant to this Court's April 30, 2014 order presents his Final Accounting.

1. That he was duly appointed as Receiver for the property commonly known as 621-23 W. Randolph, Chicago, Illinois ("Property") by order of court entered January 10, 2013, in the matter captioned as *Earnings Plus Limited v. Khattak Properties LLC,* filed in the Circuit Court of Cook County as case number 2012 CH 40052. The Receiver's bond was filed and approved by the Court.

2. That the Property consists of a commercial building with four units with basement and 1 freight elevator.

3. At the time of his appointment the defendant, Khattak Properties, LLC ("Khattak") failed to turn over all security deposits regarding the tenants; said failure was noted in the State Court reports.

1

4. That the Receiver's last prepetition Report, his Fourth Receiver Report, covered the period of November 1, 2014 through January 31, 2014, and was noticed for hearing on February 13, 2014. The same date, Khattak filed its petition in bankruptcy court. The Receiver's Fourth Report, including the Receiver's request for fees and costs prepetition, was continued and was not approved. (**EXHIBIT 1** – Notice and Receiver's Fourth Report).

5. The Receiver retained possession of the real estate post-petition and continued to manage the Property until he turned over possession pursuant to court order. On April 30, 2014, the Debtor's motion to enter into management agreement with Malet Realty, Ltd ("Malet") was granted, and the Receiver began the process of turning over the property to Malet. The turnover was completed on May 9, 2014. Pursuant to the April 30, 2014 court order, the Receiver will request approval of post-petition fees and costs by separate motion.

6. This Accounting covers the period of the Receiver's management of the property for 12 prepetition days February 1, 2014 through February 12, 2014, and the post-petition period from February 13 through May 9, 2014 (date of turnover).

7. The Receiver has requested all final bills from all vendors, however not all final bills have been sent by the vendors.

**FINANCIALS**

8. For the period commencing November 1, 2013 to and including January 31, 2014 the Receiver's Account specifically opened for this property at Standard Bank showed an initial balance in the amount of -$5,580.76, receipts of $15,000.00 and disbursements of

$10,335.49 leaving a balance in Receiver's Account of <$-916.25>. **(EXHIBIT F to attached Exhibit 1).** The account specifically pertaining to the security deposits, showing an initial balance in Receiver's Account specifically opened for this property at Standard Bank in the amount of $0.00, receipts of $7,864.77 and disbursements of $0.00 leaving a balance in Receiver's Account of $7,864.77. A Class "B" Report has been included with this Receiver's report. **(EXHIBIT H to Exhibit 1).**

9. For the period commencing February 1, 2013 to and including May 9, 2014, the Receiver's Account specifically opened for this property at Standard Bank showed an initial balance of -$916.25, Receiver's advances in the amount of $400.00, receipts of $21,664.00 and disbursements of $21,077.95 leaving a balance in Receiver's Account of $64.67. A Class "B" Report and vendor invoices and bills for this period have been included with this Receiver's report **(EXHIBITS 2 and 3).**

10. The account specifically pertaining to the security deposits, for the period of February 1 through May 9, 2014 shows an initial balance of $7,867.77, receipts of $3,501.38 and disbursements of $0.00 leaving a balance in Receiver's Account of $11,366.15. **(EXHIBIT 4).**

11. During the period commencing May 1, 2014 to and including May 9, 2014 the receiver received one rent payment in the amount of $4600 which was turned over to the Debtor on May 5. The security deposits were turned over to the Debtor on May 9, 2014. **(EXHIBIT 5).**

12. The Receiver released funds to the Debtor in the amount of $15,966.15.

| $11,364.00 | Security deposits |
| $4,600.00 | Rental income |
| $2.15 | Security Deposit interest |

13. As of May 27, 2014, unpaid vendor invoices in the amount of $5,678.32 , plus final gas and water bills in unknown amounts are due and owing to vendors. **(EXHIBIT 6 ).**

WHEREFORE, Receiver prays that:

1) this, Final Accounting , may be in all things confirmed and approved**;**

2) that the Debtor is ordered to pay the outstanding vendor invoices in the amount of $ 5,678.32 plus the final gas and water bills when due**;**

3) that the Receiver's unpaid prepetition fees and costs in the amount of $ 1,412.50 be classified as an administrative cost under 11 U.S.C §503(2)(E), and be paid by the Debtor.

        Respectfully submitted,

        /s/ Eric Janssen

        Date:  May 30, 2014