UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| KHATTAK PROPERTIES, LLC, | ) | 14 - 04462 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |

### NOTICE OF MOTION

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on **June 18, 2014 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Timothy A. Barnes**, in Courtroom 613, the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **First and Final Application for Allowance of Compensation by Eric Janssen, and attorney fees** pursuant to this court's April 30, 2014 court order for the period of February 13, 2014 through turnover, and the Receiver's Final Accounting which was previously filed with this court and served on all parties.

/s/ Mitchell Lieberman

Mitchell Lieberman
Noonan and Lieberman
105 W. Adams #1800
Chicago, Illinois 60602
(312) 341-1455

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| KHATTAK PROPERTIES, LLC, | ) | 14 - 04462 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mitchell Lieberman, an attorney, certify that I caused to be served true and correct copies of the foregoing notice and application to which it refers to the persons listed on the attached service list via electronic mail on June 11, 2014.

/s/ Mitchell Lieberman

**Phillip W. Nelson**
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, IL 60606
pnelson@edwardswildman.com
*Attorney for Khattak Properties, LLC*

**Jean Soh**
**Jerry L Switzer**
Polsinelli PC
161 N. Clark Street Sutie 4200
Chicago, IL 60601
jsoh@polsinelli.com
jswitzer@polsinelli.com
*Attorney for Earning Plus Limited*

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

    Service on the debtor and the following parties was made by depositing a copy of this Notice and Application in the U.S. Mail on June 11, 2014.

**Khattak Properties, LLC**
Attn: Ghaffar Khattak, Manager
2349 West Devon Avenue
Suite 308
Chicago, IL 60659

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| KHATTAK PROPERTIES, LLC, | ) | 14 - 04462 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |

### FIRST AND FINAL APPLICATION
### FOR ALLOWANCE OF COMPENSATION BY
### ERIC JANSSEN

Eric Janssen state court appointed receiver ("JANSSEN"), applies to this Court pursuant to 11 U.S.C. §§ 543 (c)(2), of the Federal Rules of Bankruptcy Procedure, for the allowance of $6,637.50 in compensation for 29.5 hours of professional services rendered in this case for the period beginning February 13, 2014 through and including the date Janssen turned over the real estate, $950.00 per month equaling $2,850.00 for February, March, and April 2014 for the management fee to Chicago Real estate Resources, and $10,568.75 for legal expenses incurred pursuant to the Lender's (Earning Plus Limited) motion pursuant to 11 U.S.C. §§ 543 (d) authorizing the state court appointed custodian to remain in possession of property of the estate ("Lender's Motion"). In support thereof, Janssen states as follows:

### BACKGROUND

1.   On January 10, 2013 Janssen was appointed pursuant to court order as Receiver regarding the real estate located at 621-623 West Randolph Street ("Real Estate"). The Debtor filed a Chapter 11 bankruptcy petition on February 13, 2014.

2.   This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a

1

core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On February 13 2014, the day Debtor filed its petition, Janssen was in possession of the real estate pursuant to a state court order in case number 12 CH 40052. On February 25, 2014 the Lender's Motion was filed and a briefing scheduled entered into.

4. The filing of the Lender's Motion led to significant expedited discovery including the deposition of Eric Janssen and the propounding of significant written discovery and production requests. Janssen engaged the law firm of Noonan and Lieberman to represent him in the litigation.

6. On April 30, 2014 this court entered an order authorizing the Debtor to enter into a management contract with Malet Realty Ltd, and authorized Janssen to file an accounting by May 30, 2014, and to turnover the property including rents, offsprings, and profits of the property to Malet Realty Ltd. This court also indicated on the record that the Receiver may file an application seeking compensation and to notice up said application for June 18, 2014. A copy of the order excluding exhibits thereto is attached hereto as Exhibit "A", and incorporated by reference herein. Janssen has complied with said court order.

## VALUE TO THE ESTATE OF THE ADMINISTRATIVE EXPENSE OF JLG

7. In evaluating this Motion, this Court should consider the value of the services rendered by Janssen while he was in possession of the real estate including his skill required to perform the services properly, the customary fees charged by other professionals in similar cases, the experience and ability of the receiver/custodian.

8. During Janssen's post-petition possession, Janssen rendered 29.5 hours of professional services at an hourly rate of $225.00. The majority of the time spent dealt with discovery and his deposition regarding the litigation.

9.  Janssen seeks to be paid $6,637.50 for time spent. Attached hereto as Exhibit "B" is a description of the services and fees charged by Janssen. In addition Janssen seeks reimbursement for attorney's fees in the amount of $10,568.75 for 37.09 hours of work. The law firm of Noonan and Lieberman Ltd. represented Janssen regarding the Lender's Motion. The law firm of Noonan and Lieberman was not employed pursuant to 11 U.S.C. Section 331, but this court noted at the time the Lender's Motion was presented Janssen was entitled to legal representation. Attached hereto as Exhibit "C" is an affidavit of attorney fees and costs associated with the work discharged on behalf of Janssen. Additionally, Janssen is seeking a monthly post-petition management fee of $950.00 for the months of February, March, and April for a total of $2,850.00, pursuant to the state court order entered pre-petition.

10. The hourly rates charged by Janssen as a Receiver/Custodian for his services with similar experience and expertise in this case compare with other like services. The services provided by Noonan and Lieberman Ltd., for legal services in this case compare favorably with the rates charged by other Chicago metropolitan law firms with similar experience and expertise.

## SERVICES PERFORMED BY JANSSEN AND NOONAN AND LIEBERMAN

11. Janssen keeps all of his time, in all cases within the ordinary course of its business. Time is entered into a time sheet at or near the time is expended. Exhibit B was generated from Janssen's records. The following individuals are noted on the time sheet. Davis Salinas who is a Portfolio manager who has worked for Chicago real estate resources ("CRER") for 10 months and oversees and manages real estate for CRER; Marco Zerega is the Accounting manager and has worked for CRER for 6 years; Kelly Napolitano is a Senior Accounting Specialist and has worked for CRER for 5 years; Mark Krysztofiak is the Vice

3

President and has worked at CRER for 10 years; Timothy Keenan is a real estate broker and has worked at CRER for 8 years; Michael Weaver is a commercial real estate broker and has worked at CRER for 4 years; Lauren Gillaspey is a Marketing Co-Coordinator, and has worked at CRER for 6 months. Noonan and Lieberman Ltd. Keeps all of its time in all cases within the ordinary course of its business by entering its time in the computer system Timeslips at or near the time is expended. Exhibit C is an attorney affidavit setting forth the description of each attorney who worked on this matter and attaches a printout of Timeslips, which sets for a description of the tasks performed by each attorney

## NOTICE

12.     Notice of this Motion has been provided to, the U.S. Trustee, and other parties in interest entitled to notice thereof. Based on the extent of notice already provided, and the costs and burdens of transmitting notice to all creditors, Janssen respectfully requests that additional notice of the hearing on this Motion be waived for good cause shown pursuant to Rules, and 9007 of the Federal Rules of Bankruptcy Procedure.

13.     Janssen requests, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure that the time required for any notices be reduced by this Court to the notice given.

WHEREFORE, Eric Janssen and Noonan and Lieberman request the entry of an order that:

(a)     Allows an administrative expense to Eric Janssen in the amount of $6,637.50;

(b)     Allows an administrative expense to Chicago Real Estate Resources Inc. in the amount of $2,850.00;

(c)     Allows an administrative expense to Noonan and Lieberman Ltd. in the

4

amount of $10,568.75;

 (d) Authorizes the estate to pay $6,637.50 to Eric Janssen, $2,850.00 to Chicago Real Estate resources Inc., and $10,568.75 to Noonan and Lieberman Ltd. as administrative expenses;

 (e) Waives other and further notice of the hearing with respect to this Motion; and

 (f) Provides Janssen with such additional relief as may be appropriate and just under the circumstances.

         Respectfully Submitted,
         Noonan and Lieberman Ltd


         BY: /s/ Mitchell Lieberman
         An attorney for Eric Janssen

Mitchell Lieberman
Noonan and Lieberman
105 W Adams #1800
Chicago, Illinois 60603
(312) 431-1455
#6193234

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-04462 |
| | ) | |
| KHATTAK PROPERTIES, LLC, | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING THE DEBTOR
### TO ENTER INTO MANAGEMENT AGREEMENT WITH MALET REALTY, LTD.

Upon consideration of the motion (the "Motion") of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of an order authorizing the Debtor to to enter into the Management Agreement attached hereto as Exhibit 1 (the "Management Agreement") with Malet Realty, Ltd. ("Malet Realty") as property manager for the Debtor's real property commonly known as 621-623 West Randolph Street, Chicago Illinois (the "Property") pursuant to 11 U.S.C. Section 363(b)(1) and Rules 2002, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue being proper before the Court pursuant to 28 U.S.C. § 1408; the Court having reviewed the Motion and the declarations attached thereto; due notice having been given; and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. The Debtor is authorized to enter into the Management Agreement.

3. The Debtor is authorized to pay Malet Realty the $750 per month Management Fee set forth in the Management Agreement without further order of this Court.

4. To the extent that Malet Realty seeks to be compensated for services at an hourly rate pursuant to Section 13.1(b) of the Management Agreement or to be reimbursed for actual and necessary expenses incurred in connection with its management of the Property, Malet Realty shall file an application with this Court.

5. Pursuant to section 543(b)(1) of the Bankruptcy Code, Eric Janssen as the receiver (the "Receiver") for the Property appointed by the the Circuit Court of Cook County, Illinois (the "State Court"), in the state-court foreclosure action pending captioned Earning Plus Limited v. Khattak Properties, LLC et al., Case No 12 CH 40052 (the "State Court Proceeding") shall turnover the Property, and all proceeds, products, offspring, rents, or profits of the Property in the Receiver's possession, custody, or control, to Malet Realty. Furthermore, the Receiver and his firm, Chicago Real Estate Resources, Inc., shall cooperate fully with the Debtor and Malet Realty with respect to providing reasonable access to the records and information in the Receiver's or CRER's possession, custody, or control regarding the Receiver's maintenance, administration, and management of the Debtor's

**EXHIBIT A**

Rev: 20130104_bko

property.

6. Pursuant to section 11 U.S.C. 543(b)(2), on or before May 30, 2014, the Receiver shall file an accounting for any property of the Debtor, or proceeds, product, offspring, rents, or profits of such property, that, at any time, came into the possession, custody, or control of the Receiver.

7. Pursuant to section 11 U.S.C. 543(c)(2), the Receiver may file an application seeking compensation for services rendered and costs and expenses incurred since the filing of this chapter 11 case on February 13, 2014 and may notice that application for hearing at the status hearing scheduled in this case for June 18, 2014 at 10:30 a.m.

8. Pursuant to Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, that the amount and manner of notice of this Motion provided to parties in interest as described in the Motion is deemed sufficient under the circumstances.

9. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

United States Bankruptcy Judge

Dated: **APR 3 0 2014**

**30 APR 2014**

**Prepared by:**
David J. Fischer (Atty. No. 813745)
Phillip W. Nelson (Atty. No. 6283615)
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 855-587-1388
dfischer@edwardswildman.com
pnelson@edwardswildman.com

Rev: 20130104_bko

# TIME SHEET

| | |
|---|---|
| EARNING PLUS LIMITED, | PLAINTIFF |
| KHATTAK PROPERTIES, LLC | DEFENDANT |
| CASE NUMBER 12 CH 40052 | COOK COUNTY |
| 2/1/14-4/30/14 | |

| DATE | DESCRIPTION OF WORK | TIME SPENT |
|---|---|---|
| 2/6 | Review documents in preparation for receiver's report, review and research taxes and view accounting (Eric) | 1 |
| 2/13 | Court apperance for status of Receivers report (Dave) | 1 |
| 3/4 | Court apperance for bankruptcy court (Eric) | 1 |
| 3/5 | Prepare for deposition, organise documents and data (ERIC) | 2.5 |
| 3/5 | Meeting with Marco in accounting to view and research financial documents requested pursuant to discovery request (Eric) | 0.5 |
| 3/5 | Meeting with kelly in accounting to follow up on financial data requested (Eric) | 1 |
| 3/5 | Meeting with Mark to organize financial documents requested (Eric) | 2.5 |
| 3/5 | Meeting with Tim real estate broker involved in property discuss communications; review file including any and all communications (Eric) | 2 |
| 3/5 | Meeting with Mike real estate broker involved in property discuss communications; review file including any and all communications (Eric) | 1 |



EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 3/6 | Meeting with lauren to review and finalize discovery requests. Review accountin and class B reports; review all communications including emails and letters; review all previous receiver reports (Eric) | 3 |
| 3/6 | Prepare for deposition, organise documents and data (ERIC) | 1 |
| 3/7 | Prepare for deposition, organise documents and data (ERIC) | 0.5 |
| 3/7 | Attend Deposition (Eric) | 2 |
| 3/10 | Meeting with Mark reagarding property turn over (Eric) | 1 |
| 3/31 | Meeting with Staff reagarding property turn over (Eric) | 1 |
| 4/30 | Court apperance for Bankruptcy Court (Dave) | 1 |
| 5/1 | Meeting with (Utility coordinator) reagarding property turn over (Eric) | 1 |
| 5/5 | Court apperance for status of Receivers report (Dave) | 1 |
| 5/5 | Turnover - Authorize transfer of funds to Debtor and other turnover documents for the new management company (ERIC) | 0.5 |
| 5/30 | Prepare Reciever report for Bankruptcy Court, Run and Review Financials, Misc.communications with attorneys (ERIC) | 4 |

Document Page 13 of 18

| | | |
|---|---|---|
| 6/26 | Court apperance for violation court to be dismissed from case - The Receiver is required to attend. (ERIC) | 1 |
| | | 29.5 |

1355-52

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| KHATTAK PROPERTIES, LLC, | 14 – 04462 |
| Debtor. | Honorable Timothy A. Barnes |

### AFFIDAVIT

Mitchell Lieberman, being first duly sworn on oath, deposes and says that she is one of the attorneys representing the Receiver Eric Janssen, and has authority to make this Affidavit on behalf of the Receiver, and that with respect to this action, she states as follows:

1. Mitchell Lieberman and the law firm of Noonan and Lieberman Ltd are representing the Receiver / Custodian Eric Janssen in this matter.

2. That the attorney fees and costs in this matter, for the period of March 3, 2014 through June 9, 2014, in the amount of $10,568.75 is fair and reasonable. See the billing history attached hereto as Exhibit "A", and incorporated by reference herein.

3. Mitchell A. Lieberman has been admitted to practice law in Illinois since 1986 and has concentrated his practice in commercial mortgage foreclosures, real estate and mortgage litigation, and creditor's rights in bankruptcy. He has been appointed attorney for Receiver's on a regular basis throughout his years of practice. He is the co-author of Illinois Mortgage Practice IICLE (2003) and the co-author of Real Estate Litigation Practice IICLE (2008 & 2013), he is a faculty member of the Illinois Business Institute and Lorman Educational Services. He is also the Chairman of the Commercial Foreclosure Sub-Committee for the Chancery Court Advisory Committee

EXHIBIT C

4. Ruth Sosniak has been admitted to the practice of law since 1990 and has concentrated her practice in mortgage foreclosures, real estate and mortgage litigation, and municipal law.

5. James V. Noonan has been admitted to practice law in Illinois since 1989 and has concentrated his practice in the area of commercial, real estate and general civil litigation. He is the co-author if Illinois Mortgage Practice IICLE (2003) and the co-author of Real Estate Litigation Practice IICLE (2008), he is a faculty member of the Illinois Business Institute and Lorman Educational Services.

5. That the time spent on this matter by Noonan & Lieberman, Ltd. is set forth on the billing history attached hereto as Exhibit "A" and was compiled from time records maintained in the ordinary course of business and available for inspection.

6. That the fees requested are reasonable and customary taking into the skill of the attorneys involved, the nature of the case, the issues involved. The hourly rate charged is comparable to the rates charged in the Chicagoland area by attorneys with similar skill and background.

7. That all of said legal fee will be retained by the law firm of NOONAN & LIEBERMAN, with no part being disbursed or distributed to any other parties.

SUBSCRIBED and SWORN to
before me this 11th day of
June, 2014

_____
NOTARY PUBLIC

_____
Mitchell Lieberman

OFFICIAL SEAL
MARGARET F ENGEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES

Noonan & Lieberman, Ltd.
105 W. Adams Street, Suite 1800
Chicago, IL 60603

Invoice submitted to:
Eric Janssen
Chicago Real Estate Resources Inc.
205 N. Michigan, Suite 2950
Chicago, IL 60601

June 10, 2014

In Reference To: In re: Khattak Properties, LLC
Case No. 14-04462 (N.D.Ill.BK)
P/A: 621-623 W. Randolph St., Chicago, IL
Our File No. 1355-52

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2014 | MAL | Review documents including letter court orders, subpoena, document requests; communication with client re: options; discuss responses to letter requests. | 0.75 285.00/hr | 213.75 |
| | RS | Meet with MAL re: need for client to retain counsel in bankruptcy; review letter from debtor's counsel to EJ and notice of deposition and document rider; TCT lender's counsel re: receiver's appearance at status hearing and oral request to retain counsel. | 0.75 285.00/hr | 213.75 |
| 3/4/2014 | RS | Court appearance as proposed counsel for receiver at court discuss deposition schedule and materials to be produced with lender and debtor's counsel; meet with MAL re: deposition; TCT J. Soh Im; TCF debtor's counsel and respond to correspondence from debtor's counsel re: confirming time for dep and ability to contact client directly; return call from JS left vm; TC with JS re: dep and prior orders on motion to retain receiver. | 1.75 285.00/hr | 498.75 |
| | MAL | Review documents and correspondence from P. Nelson; research issue re: privileged communications; multiple discussions with the receiver re: document production. | 0.75 285.00/hr | 213.75 |
| 3/5/2014 | MAL | Review initial report and status report; review second, third, and fourth report; review documents not turned over to the receiver; communications with the receiver re: deposition. | 1.00 285.00/hr | 285.00 |
| | JVN | Conference with MAL re: dep; review receiver's reports; review financial statements. | 1.00 285.00/hr | 285.00 |

Eric Janssen                                                                                         Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2014 | RS | Contact J. Diaz re: document production; correspondence with L. Gillaspey re: organization and size of production emails; correspondence with debtor's counsel re: status of production. | 1.00 285.00/hr | 285.00 |
| 3/6/2014 | MAL | Review documents including emails re: Keenan, Weaver, Jansen Marco, Jeanette re: note sale, lease small office, restaurant lease buyer, commission statements, evictions, review materials re: leasing; review LOI's written offers; discussion with receiver re: document production; prepare for deposition; meeting with JVN and receiver. | 2.00 285.00/hr | 570.00 |
|  | JVN | Confer with MAL re: issues re: leasing and sale of building and note; review motion to retain; pull cases cited therein; review correspond from debtor counsel on dep, docs and reports; review subpoena; review Rule 45 on right to object; review emails. | 2.50 285.00/hr | 712.50 |
|  | JVN | Conference with MAL re: issues; emails; and deposition preparation; continue review of receiver's reports and data; review motion and subpoena. | 1.50 285.00/hr | 427.50 |
|  | RS | Forward discovery docs to JVN. | 0.25 285.00/hr | 71.25 |
|  | RS | Return TCF Khattak's attorney re: receiver providing contact information for inspection. | 0.25 285.00/hr | 71.25 |
| 3/7/2014 | JVN | Prepare for deposition; review cases; meet client; deposition. | 3.50 285.00/hr | 997.50 |
| 3/10/2014 | JVN | TCF client re: answers to open deposition questions. | 0.50 285.00/hr | 142.50 |
| 4/29/2014 | MAL | Review motion to enter into a management agreement and order; communication with receiver re: final report and obligations pursuant to motion and order. | 0.67 285.00/hr | 190.00 |
| 4/30/2014 | RS | Court appearance. | 1.00 285.00/hr | 285.00 |
| 5/16/2014 | RS | Correspondence with receiver's office re: bankruptcy court order and final report. | 0.25 285.00/hr | 71.25 |
| 5/23/2014 | MAL | Research code sections 330, 331 to determine attorney fee petition; review 543 b 2 re: receiver petition to include attorney fees; communication with client re: filing accounting. | 1.25 285.00/hr | 356.25 |
| 5/27/2014 | MAL | Draft and revise petition application for compensation. | 2.00 285.00/hr | 570.00 |
| 5/28/2014 | MAL | Multiple communications with CRER re: final report / accounting; discuss time frame and final bills; review data; conference call with Jeanette re: categories of accounting; describe pre-petition versus | 1.25 285.00/hr | 356.25 |

Eric Janssen	Page 3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | post-petition categories; discuss CRER management fee; discuss back-up for billing. | | |
| 5/28/2014 | RS | Review judge's court rules; correspondence with client re: content of receiver's report. | 0.50 285.00/hr | 142.50 |
| 5/29/2014 | MAL | Review accounting and financial documents; meeting with RBS re: redaction and final report/accounting; revise language re: final billing to reflect time of occurrence. | 0.50 285.00/hr | 142.50 |
| | RS | Review supporting documents for final accounting; begin editing report based on documents received; send to client for review. | 1.75 285.00/hr | 498.75 |
| 5/30/2014 | MAL | Conference call with RS, Jeanette and Mark re: final accounting; discuss data and time frames; break down pre and post petition; simplify previous report to conform with 4/30/14 court order; revise accounting; conference call with Marco and Jeanette (accounting department) discuss pre-petition payment under 503. | 1.50 285.00/hr | 427.50 |
| | MAL | Continue drafting application for compensation; review check register and previous court order. | 0.75 285.00/hr | 213.75 |
| | RS | Meet with MAL re: report; conference call MAL and J. Diaz re: documentation and scope of report; incorporate MAL's changes into draft send to client for review; assemble exhibits; incorporate information from accountant into draft; finalize report with client; prepare certificate of service; prepare proposed order; scan and file report. | 4.50 285.00/hr | 1,282.50 |
| 6/2/2014 | MAL | Review Receiver time and CRER time; communications to client re: document request and deposition | 0.50 285.00/hr | 142.50 |
| 6/3/2014 | MAL | Review time sheets; request additional data from Receiver's office; continue drafting fee petition. | 0.67 285.00/hr | 190.00 |
| 6/4/2014 | MAL | Continue drafting fee application; review Janssen time keeping data; conference call with E. Janssen and J. Diaz re: records. | 1.50 285.00/hr | 427.50 |
| 6/9/2014 | MAL | Draft final fee application; conference call with CRER re: job descriptions and time system. | 1.00 285.00/hr | 285.00 |
| | | For professional services rendered | 37.09 | $10,568.75 |