UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                              Chapter 11

KHATTAK PROPERTIES, LLC,                            14 - 04462

    Debtor.                                      Honorable Timothy A. Barnes

### AMENDED NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **June 27, 2014** the undersigned re-filed the **First and Final Application for Allowance of Compensation by Eric Janssen, and attorney fees** pursuant to this court's June 18, 2014 court order for the period of February 13, 2014 through turnover, and the **Receiver's Motion to Approve Final Accounting,** addressing Receiver's Final Accounting which was filed and served on all parties on May 30, 2014 and appears on the court docket as item 43. Parties have until **July 11, 2014** to object to both the Application for Fees and the Final Accounting, with the Receiver having until **July 25, 2014** to Reply to any Objection. Both matters are set for hearing on **August 6, 2014 at 10:30 am before the Honorable Timothy A. Barnes in Courthouse room 613** the room usually occupied by him as a courtroom in the U.S. Courthouse 219 S. Dearborn Chicago IL, or in his absence before any judge sitting in his stead.

                                                         /s/ Mitchell Lieberman

Mitchell Lieberman
Noonan and Lieberman
105 W. Adams #1800
Chicago, Illinois 60602
(312) 341-1455

1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                                          Chapter 11

KHATTAK PROPERTIES, LLC,                                        14 - 04462

    Debtor.                                                     Honorable Timothy A. Barnes

## CERTIFICATE OF SERVICE

    I, Mitchell Lieberman, an attorney, certify that I caused to be served true and correct copies of the foregoing notice to which it refers to the persons listed on the attached service list via electronic mail on June 27, 2014.

                                                       /s/ Mitchell Lieberman

**Phillip W. Nelson**
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, IL 60606
pnelson@edwardswildman.com
*Attorney for Khattak Properties, LLC*

**Jean Soh**
**Jerry L Switzer**
Polsinelli PC
161 N. Clark Street Sutie 4200
Chicago, IL 60601
jsoh@polsinelli.com
jswitzer@polsinelli.com
*Attorney for Earning Plus Limited*

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

2

Service on the debtor and the following parties was made by depositing a copy of this Amended Notice and a copies of the Application for Compensation, and Motion to Approve Final Accounting, which also were sent with the original Notice in the U.S. Mail on June 27, 2014.

**Khattak Properties, LLC**
Attn: Ghaffar Khattak, Manager
2349 West Devon Avenue
Suite 308
Chicago, IL 60659

3