# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| KHATTAK PROPERTIES, LLC,[1] | Case No. 14-04462 |
| Debtor. | Hon. Timothy A. Barnes |

## AGREED ORDER PARTIALLY RESOLVING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION BY ERIC JANSSEN

This mater coming before the Court on the *First and Final Application for Allowance of Compensation by Eric Janssen* [Docket No. 51] (the "***Application***") filed by Eric Janssen, as prepetition receiver (the "***Receiver***") for the real property of Khattak Properties, LLC (the "***Debtor***") commonly known as 621-623 West Randolph Street, Chicago, Illinois (the "***Property***"); the Debtor having objected to the Application and having filed the *Debtor's Objection and Response to (a) Motion to Approved Final Accounting and (b) Firsthand Final Application for Allowance of Compensation by Eric Janssen* [Docket No. 56] (the "***Objection***"); the Court having been advised by counsel for the Receiver and the Debtor that the parties have stipulated as set forth below:

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

A.    The Application includes a request by the Receiver to pay All-Types Elevators, Inc. ("***All-Types***") $1,425.00 for repairs to the freight elevator at the Property (the "***Repair Work***") and allow reimbursement from the Debtor for this amount pursuant to sections 543(c)(1) and (2) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "***Bankruptcy Code***").

---

[1]    Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 1860. The location of the Debtor's place of business is 621 West Randolph Street, Chicago, Illinois 60606.

AM 38230982.1

B.  The Debtor and Receiver have not yet resolved their disputes with respect to the Application and the Objection, but the only issue between the parties with respect to the Repair Work is whether the Debtor or the Receiver should bear the responsibility for payment.

C.  The Debtor is prepared to pay All-Types for the Repair Work directly and to reserve all remaining issues between the Debtor and the Receiver with respect to the Application and the Objection.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Debtor is authorized to pay All-Types for the Repair Work in the amount of $1,425.00 as an administrative expense of the Debtor's estate.

2.  The Receiver hereby withdraws from his Application his request to pay All-Types and receive reimbursement from the Debtor's estate for the Repair Work.

3.  Except as expressly set forth in this Order, the parties reserve all of their rights with respect to the Application and the Objection.

Enter:

_____
United States Bankruptcy Judge

Dated:    OCT - 7 2014

**Prepared by:**

David J. Fischer
Phillip W. Nelson
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
dfischer@edwardswildman.com
pnelson@edwardswildman.com

AM 38230982.1

2