UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 14bk04462 |
| KHATTAK PROPERTIES, LLC, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO EDWARDS WILDMAN PALMER LLP, ATTORNEYS FOR DEBTOR,
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 205,275.50 | TOTAL COSTS REQUESTED: | $ 2,918.80 |
| TOTAL FEES REDUCED: | $ 1,853.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 203,422.50 | TOTAL COSTS ALLOWED: | $ 2,918.80 |

**TOTAL FEES AND COSTS ALLOWED: $ 206,341.30**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Unreasonable Travel Time Rate – TOTAL of disallowed amounts: $ 270.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.,* 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

**(2)    Insufficient Description – TOTAL of disallowed amounts: $ 645.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]  Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

**(3)     Computational or Typographical Error – TOTAL net of disallowed amounts:
$ 938.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.  Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

In this case, there were typos in favor and against counsel's billing.  Both were noted and added or subtracted accordingly.  The total above is net of all entries in this category.

Dated: February 10, 2015

Timothy A. Barnes
United States Bankruptcy Judge



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0002
Invoice # 2037357
Chapter 11 Bankruptcy Filing

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/13/14 | P. NELSON | 1.50 | Prepare notice of commencement (.3); serve same (.1); correspond with debtor's foreclosure counsel regarding canceling of sheriff's sale (.3); telephone conferences and correspondence with G. Khattak regarding filing of chapter 11 case and next steps (.8). |

| | | |
|---|---|---|
| Total Hours | 1.50 |
| Subtotal Fees | $720.00 |

Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/21/14 | Delivery Service to 70 W. Madison paid to Velocity Courier, Inc. | 3.50 |
| 09/27/14 | Delivery Service to N Clark 9/23/14 paid to Velocity / R Neilsen | 3.50 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037357
315620/0002
November 26, 2014

Subtotal Disbursements:          $7.00


**Total Invoice:**          **$727.00**


Timekeeper Summary  315620/0002

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| P. NELSON | 1.50 | 480.00 | 720.00 |
| Total all Timekeepers | 1.50 | | $720.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0004
Invoice # 2037359
Asset Use, Sale, Recovery, and Abandonment Issues

| | | | |
|---|---|---|---|
| 02/17/14 | P. NELSON | 0.60 | Draft letter to E. Janssen as receiver for debtor's property at 621-623 W. Randolph St. regarding bankruptcy filing and turnover of property. |
| 02/18/14 | D. FISCHER | 0.30 | Review receiver letter. |
| 02/18/14 | P. NELSON | 0.50 | Correspond with G. Khattak regarding efforts to recover 621-623 W. Randolph from the state-court appointed receiver (.3); correspond with J. Soh regarding same (.2). |
| 02/20/14 | P. NELSON | 1.30 | Review motion by Earning Plus to allow receiver to remain in possession of the debtor's property (.6); correspond with D. Fischer, debtor's foreclosure counsel, and client regarding same (.4); office conference with M. Kind regarding research in response to same (.3). |
| 02/21/14 | P. NELSON | 1.30 | Telephone conferences and correspondence with G. |

Invoice # 2037359
315620/0004
November 26, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | Khattak regarding motion to allow receiver to remain in possession of the debtor's property (1.2); correspond with B. Sloan regarding same (.1). |
| 02/23/14 | M. KIND | 1.90 | Review earning Plus Limited's motion for an order authorizing custodian to remain in possession of property of the estate pursuant to section 543 (.4); research and pull cases cited by the motion and interpreting section 543 (1.5). |
| 02/24/14 | M. KIND | 1.90 | Review earning Plus Limited's motion for an order authorizing custodian to remain in possession of property of the estate pursuant to section 543 (.1); research and pull cases cited by the motion and interpreting section 543 (1.3); draft short memo to P. Nelson describing the various cases and analyzing their applicability to our situation (.5). |
| 02/24/14 | P. NELSON | 4.20 | Research case law on motion to allow receiver to remain in possession (1.2); conferences and correspondence with client regarding response to same (1.4); prepare for hearing on same (.3); office conferences with D. Fischer regarding same (.2); review receiver's reports and related material regarding same (.4); order reports on open violations and liens on property (.7). |
| 02/25/14 | P. NELSON | 3.80 | Attend initial hearing on motion to allow receiver to remain in possession of the property (.6); follow-up correspondence and conferences with client regarding response to same (1.6); review receiver's reports and materials forwarded by client with respect to same (1.8). |
| 02/26/14 | P. NELSON | 6.00 | Telephone conference with B. Sloan regarding her experiences with the receiver and management of the property prior to receiver's appointment (1.4); telephone conference with H. Durham regarding receiver's efforts to market the property (.8); begin work on response to motion to allow receiver to remain in possession of the property (1.2); research case law regarding same (1.7); conferences and correspondence with client regarding same (.7). |
| 02/27/14 | T. MOROZ | 1.00 | Correspondence to Chicago Title Insurance Company regarding title and lien search for property (.3); traveled to City of Chicago building department and filed request for list of open and and closing building code violation reports (.7). |

(3) Typo - Duplicate - cases already pulled (see prev day)

(1) Travel Time (50%)

Invoice # 2037359
315620/0004
November 26, 2014

| 02/27/14 | P. NELSON | 2.40 | Visit debtor's property with the debtor's manager to discuss issues and items with respect to receiver's administration of property and debtor's response to motion to allow receiver to remain in possession (1.8); follow up correspondence and conferences with debtor and B. Sloan regarding same (.6). |
|---|---|---|---|
| 02/28/14 | T. MOROZ | 0.50 | Obtain copies of building code violation reports from City of Chicago building department. |
| 02/28/14 | P. NELSON | 3.40 | Draft letter to receiver regarding outstanding diligence items with respect to property and discovery on motion to allow receiver to remain in possession of the property (1.4); draft discovery requests, subpoenas, and notice of deposition with respect to same (1.7); work on response to same (.3). |
| 03/03/14 | P. NELSON | 3.80 | Continue work on response to motion to allow receiver to remain in possession of the debtor's property (1.4); telephone conference and correspondence with receiver regarding discovery requests and scheduling of deposition with regards to same (.8); correspond with counsel for Earning Plus regarding same (.2); telephone conference with client regarding same (1.4). |
| 03/04/14 | P. NELSON | 2.60 | Correspond with counsel for Earning Plus and counsel for receiver regarding scheduling of receiver's deposition in connection with motion to allow receiver to remain in possession of debtor's property (.6); conferences with counsel regarding same (.2); research cases regarding response to same (.4); work on draft response to same (.6); review correspondence from client regarding interactions with receiver and Chicago Real Estate Resources with respect to management of the debtor's property (.3); further correspondence with receiver and receiver's counsel regarding outstanding discovery requests in connection with motion (.7). |
| 03/05/14 | P. NELSON | 4.00 | Work on response to 543(d) motion to allow receiver to remain in possession of debtor's property (1.1); review discovery documents produced by receiver (2.3); correspond with receiver and receiver's counsel regarding same (.3); discuss same with D. Fischer (.3). |
| 03/06/14 | P. NELSON | 1.10 | Office conferences with D. Fischer regarding g discovery produced from receiver for the debtor's |

Invoice # 2037359
315620/0004
November 26, 2014

| | | | |
|---|---|---|---|
| | | | property (.5); draft and ended notice of deposition with respect to deposition of the receiver (.2); prepare document discovery and prepare for deposition (.4). |
| 03/06/14 | P. NELSON | 0.80 | Review and prepare for deposition of receiver with respect to 543(d) motion. |
| 03/07/14 | P. NELSON | 10.50 | Review document production from receiver and prepare for deposition of same (7.3); conduct deposition of receiver with respect to 543(d) motion (2); follow-up with counsel for Earning Plus regarding same (.3); follow-up conferences with D. Fischer regarding same (.4); begin work on response to 543(d) motion (.5). |
| 03/10/14 | P. NELSON | 5.50 | Continue work on response to 543(d) motion to allow receive to remain in possession of the debtor's property (3.4); draft declaration of G. Khattak in support of same (.8); review documents with respect to same (.4); correspondence and conferences with B. Sloan regarding declaration in support of response to 543(d) motion (.7); telephone conference with F. Qadir regarding declaration in support if same (.2). |
| 03/11/14 | P. NELSON | 6.60 | Review materials provided by B. Sloan and G. Khattak regarding response to 543(d) motion (.8); continue work on same (3.5); draft declarations in support of same (1.4); research and review cases and other sources supporting response (.9). |
| 03/12/14 | P. NELSON | 0.80 | Attend meeting with client, D. Fischer, J. Switzer, and R. Nemtsov regarding resolution of Earning Plus's section 543(d) motion. |
| 03/14/14 | P. NELSON | 2.60 | Correspondence and conferences with counsel for Earning Plus regarding meeting to inspect and discuss issues with respect to property (.7); correspondence and conferences with client regarding same (.8); correspondence and conferences with first-floor tenant's contractor and principal regarding same (.9). |
| 03/17/14 | P. NELSON | 3.10 | Correspondence and conferences with counsel for Earning Plus, the debtor's first-floor tenant, client, E. Maletsky and other parties regarding meeting to inspect and discuss issues with respect to first-floor of the debtor's property and additional work needed to open restaurant (2.7); office conferences with D. Fischer regarding resolution of section 543(d) motion (.4). |
| 03/18/14 | P. NELSON | 2.50 | Telephone conferences and correspondence with |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037359
315620/0004
November 26, 2014

|  |  |  | counsel for Earning Plus, client, and contractor in manager for first-floor tenant regarding inspection of first-floor premises (1.1); telephone conferences and correspondence with counsel for Earning Plus and E. Maletsky regarding meeting with principal contact for Earning Plus and meeting with first-floor tenant (.8); follow-up conferences with client regarding further diligence items in connection with same (.6). | (3) Typo Duplicate of prev entry |
| 03/19/14 | P. NELSON | 3.40 | Meet at property with first-floor tenant, contractor, Earning Plus representative and counsel, and engineer and architect to review termite damage issues and resolution of same (2.0); follow-up meeting with client and counsel for Earning Plus regarding same (1.4). | |
| 03/21/14 | P. NELSON | 0.40 | Telephone conferences and correspondence with J. Soh regarding resolution of motion to allow receiver to remain in possession of the debtor's property. | |
| 03/24/14 | P. NELSON | 0.50 | Correspondence and conferences with J. Soh regarding further settlement discussions with respect to receiver motion and extending response deadlines to accommodate same (.2); follow-up with G. Khattack regarding same (.1); review proposed agreed order extending briefing schedule (.1); correspond with J. Soh regarding same (.1). | |
| 03/26/14 | P. NELSON | 1.00 | Conferences and correspondence with J. Soh regarding resolution of Earning Plus Limited's motion to allow receiver to remain in possession of the debtor's property (.3); continue work on response to same and related affidavits in support of same (.4); follow up correspondence with J. Soh regarding same (.3). | |
| 03/31/14 | P. NELSON | 0.70 | Correspondence and conferences with J. Soh regarding resolution of motion to allow receiver to remain in possession of the debtor's property (.4); correspondence and conferences with G. Khattak regarding same (.2); conferences with D. Fischer regarding same (.1). | |

|  |  |
| --- | --- |
| Total Hours | 79.00 |
| Subtotal Fees | $36,990.00 |

Invoice # 2037359
315620/0004
November 26, 2014
Disbursements

| | | |
|---|---|---:|
| 02/18/14 | Overnight Delivery-Chicago Eric Janssen - 205 North Michigan Avenue - Chicago, IL 60601 | 8.59 |
| 02/18/14 | Overnight Delivery-Chicago Eric Janssen - 932 West Grace Street - Chicago, IL 60613 | 8.59 |
| 02/18/14 | Overnight Delivery-Chicago Eric Janssen - 205 North Michigan Avenue - Chicago, IL 60601 | 13.50 |
| 02/21/14 | Delivery Service to 2349 W. Devon paid to Velocity Courier, Inc. | 23.00 |
| 02/25/14 | Outside Printing Services - Image Conversion 2/21/14 paid to Novitex / Nelson | 16.35 |
| 02/28/14 | Overnight Delivery-Chicago Eric Janssen - 205 North Michigan Avenue, Suite 2950 - Chicago, IL 60601 | 10.45 |
| 02/28/14 | Overnight Delivery-Chicago Eric Janssen - 932 West Grace Street - Chicago, IL 60613 | 10.45 |
| 02/28/14 | Overnight Delivery-Chicago Jerry L. Switzer, Jr. - Jean Soh Polsinelli PC - 161 N. Clark Street, Suite 4200 - Chicago, IL 60601 | 10.45 |
| 03/06/14 | Title Services for tract search and computer print out Re: 621-623 W Randolph paid to Chicago Title Insurance Company/K. Jesionek. | 95.00 |
| 03/06/14 | Overnight Delivery-Chicago Eric Janssen - 925 West Grace Street - Chicago, IL 60613 | 14.14 |
| 03/06/14 | Overnight Delivery-Chicago Mitch Lieberman - Ruth Sosniak Noonan And Lieberman - 105 W. Adams, Suite 1800 - Chicago, IL 60603 | 10.45 |
| 03/06/14 | Overnight Delivery-Chicago Jerry L. Switzer, Jr. - Jean Soh Polsinelli PC - 161 N. Clark Street, Ste 4200 - Chicago, IL 60601 | 10.45 |
| 03/06/14 | Overnight Delivery-Chicago Eric Janssen - 925 West Grace Street - Chicago, IL 60613 | 13.50 |
| 03/13/14 | Transcripts of Eric Janssen taken on 3/7/14 paid to Elite Deposition Technologies/P. Nelson | 550.00 |
| 04/25/14 | Delivery Service to 1428 Fairway paid to Velocity Courier, Inc. | 80.00 |
| 04/25/14 | Delivery Service to 150 S. Newport paid to Velocity Courier, Inc. | 96.00 |
| 04/25/14 | Overnight Delivery-Chicago All-Types Elevators Inc. - Laurie Silvestri, Reg. Agent - Three 1st Nat'l Plaza, #3750 - Chicago, IL 60602-0000 | 10.45 |
| 04/25/14 | Overnight Delivery-Chicago At World Props, LLC Dba @Properties - c/o A. Stanton - Burke, Warren - 330 N. Wabash Ave., Ste 2100 - Chicago, IL 60611-0000 | 10.45 |
| 04/25/14 | Overnight Delivery-Chicago Caz Creek IL, LLC - c/o Illinois Corp. Service Co. - 801 Adlai Stevenson Dr. - Springfield, IL 62703-0000 | 24.83 |
| 04/25/14 | Overnight Delivery-Chicago Eric Janssen Receiver/621-623 W Randolph - Chicago Real Estate Resources - 932 W. Grace St. - Chicago, IL 60613-0000 | 10.45 |
| 04/25/14 | Overnight Delivery-Chicago Sanford Kahn, Ltd. - Sanford Kahn, President - 180 N. LaSalle, #2025 -Chicago, IL 60601-0000 | 10.45 |

Invoice # 2037359
315620/0004
November 26, 2014

| | | |
|---|---|---:|
| 04/25/14 | Overnight Delivery-Chicago All-Types Elevators, Inc. - Kristine Hynes, President - 011105 S. Nashville, Unit B - Worth, IL 60482-0000 | 10.45 |
| 04/25/14 | Overnight Delivery-Chicago Peter G. Giegoldt - c/o Ron Rassin - 150 S. Newport Court - Lake Forest, IL 60045-0000 | 14.14 |
| 04/25/14 | Overnight Delivery-Chicago James Griffin - Schain, Burney, Bank & Kenny, LTD. - 70 W. Madison St., Ste. 4500 - Chicago, IL 60602-0000 | 10.45 |
| 04/25/14 | Overnight Delivery-Chicago Fine Edge Construction LLC - Lenny Defily, Manager - 1438 Fairway Dr. - Glendale Heights, IL 60139-0000 | 14.14 |
| 04/25/14 | Overnight Delivery-Chicago City Of Chicago Bankruptcy Unit - c/o Susana Mendoza, City Clerk - 121 N. LaSalle Street, Room 107 - Chicago, IL 60602-0000 | 10.45 |
| 04/25/14 | Overnight Delivery-Chicago Caz Creek IL, LLC - Attn: William Cohane, Manager - 1235-E East Blvd., Ste. 188 - Charlotte, NC 28203-0000 | 14.28 |
| 04/25/14 | Overnight Delivery-Chicago Jean Soh Polsinelli Shughart - 161 N. Clark St., Ste 4200 - Chicago, IL 60601-0000 | 10.45 |
| 04/25/14 | Overnight Delivery-Chicago All-Types Elevators Inc. - Laurie Silvestri, Reg. Agent - Three 1st Nat'l Plaza, #3750 - Chicago, IL 60602-0000 | 13.50 |
| | Photocopies-Chicago | 189.96 |

**Subtotal Disbursements:**   $1,325.37

**Total Invoice:**   **$38,315.37**

Timekeeper Summary 315620/0004

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---:|---:|---:|
| D. FISCHER | 0.30 | 710.00 | 213.00 |
| T. MOROZ | 1.50 | 270.00 | 405.00 |
| M. KIND | 3.80 | 300.00 | 1,140.00 |
| P. NELSON | 73.40 | 480.00 | 35,232.00 |
| Total all Timekeepers | 79.00 | | $36,990.00 |



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0005
Invoice # 2037360
Automatic Stay Issues

| | | | |
|---|---|---|---|
| 05/29/14 | P. NELSON | 0.30 | Confirm Earning Plus cancelled foreclosure sale (.2); correspond with D. Fischer regarding same (.1). |

| | |
|---|---|
| Total Hours | 0.30 |
| Subtotal Fees | $144.00 |

| | |
|---|---|
| **Total Invoice:** | **$144.00** |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037360
315620/0005
November 26, 2014
Timekeeper Summary  315620/0005

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| P. NELSON | 0.30 | 480.00 | 144.00 |
| Total all Timekeepers | 0.30 | | $144.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
  Bank of America
  100 Westminster St., Providence, RI 02903
  Acct# 000156917009
  ABA Wire Transfer # 026009593
  ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0007
Invoice # 2037362
Business Operations

| | | | |
|---|---|---|---|
| 03/21/14 | P. NELSON | 1.10 | Telephone conferences and correspondence with G. Khattak regarding additional work to repair flooring in first-floor kitchen (.7); conferences and correspondence with C. Halverson, contractor for first-floor tenant regarding same (.4). |
| 03/24/14 | P. NELSON | 2.60 | Correspond with C. Halverson, contractor for first-floor tenant, regarding additional work in restaurant kitchen (.2); telephone conference and correspondence with G. Khattak regarding same (.3); follow-up telephone conference with C. Halverson regarding same (.2); correspond with F. Gianni regarding resolution of issues with respect to rent (.2); telephone conference with G. Khattak regarding same (.6); telephone conference with D. Fischer regarding same (.2); further calls and correspondence |

Invoice # 2037362
315620/0007
November 26, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | with G. Khattak and C. Halverson regarding kitchen floor repair work (.9). |
| 03/25/14 | P. NELSON | 1.20 | Telephone conference with G. Khattak regarding issues with respect to first-floor kitchen floor (.2); follow-up contractor for first-floor tenant, C. Halverson regarding same (.2); correspond with G. Khattak regarding further responses from C. Halverson (.1); correspondence with F. Gianni regarding work performed on first-floor restaurant floor and payment of rent (.2); correspond with G. Khattak regarding same (.1); follow-up conference with D. Fischer regarding same (.1); telephone conference with G. Khattak regarding resolution of same (.3). |
| 03/26/14 | P. NELSON | 0.90 | Correspond with F. Gianni and M. Hauert regarding issues with build-out of first floor restaurant at debtor's property (.4); follow up correspondence and conferences with G. Khattak regarding same (.5). |
| 03/31/14 | P. NELSON | 0.60 | Correspondence with G. Khattak and counsel for first-floor tenant regarding resolution of various issues with respect to build-out. |
| 04/03/14 | P. NELSON | 0.40 | Correspondence and conferences with M. Kahn regarding appraisal recommendations. |
| 04/04/14 | P. NELSON | 0.40 | Correspondence and conferences with M. Kahn and D. Fischer regarding appraisers for property. |
| 04/07/14 | P. NELSON | 0.40 | Correspond with counsel for the first-floor tenant regarding repair and rent issues (.2); correspond with G. Khattak regarding invoice for repairing the floor in the first-floor kitchen (.2). |
| 04/07/14 | P. NELSON | 4.50 | Draft property management agreement (3.6); correspondence and conferences with E. Maletsky regarding same (.3); telephone conference with J. Soh regarding repairs to property and additional business issues (.6). |
| 04/08/14 | P. NELSON | 0.70 | Review E. Maletsky comments to property management agreement (.3); telephone conference with E. Maletsky regarding same (.4). |
| 04/09/14 | P. NELSON | 0.10 | Telephone conference with counsel for first-floor tenant regarding rent issues. |
| 04/10/14 | P. NELSON | 2.20 | Revise draft management agreement with Malet Realty (.6); telephone conference with E. Maletsky regarding same (1.3); conference with D. Fischer regarding same (.3). |

Invoice # 2037362
315620/0007
November 26, 2014

| 04/14/14 | P. NELSON | 1.40 | Revise draft property management agreement (.9); correspondence and conferences with J. Soh and E. Maletsky regarding same (.5). |
| 04/16/14 | P. NELSON | 0.70 | Draft motion to enter into property management agreement with Malet Realty, Ltd. |
| 04/17/14 | P. NELSON | 3.90 | Telephone conference with R. Sukley regarding motion to approve property management agreement (.2); continue work on same (3.5); telephone conference with J. Soh regarding same (.2). |
| 04/18/14 | P. NELSON | 1.70 | Review proposed changes to Malet Realty management agreement proposed by Earning Plus (.9); review and revise same (.8). |
| 04/21/14 | P. NELSON | 1.00 | Review and revise Malet Realty property management agreement (.2); review comments from Earning Plus regarding same (.5); telephone conference and correspondence with E. Maletsky regarding further changes to management agreement (.3). |
| 04/22/14 | P. NELSON | 1.10 | Review and revise management agreement (.4); correspondence and conferences with E. Maletsky regarding same (.3); correspond with J. Soh regarding same (.2). |
| 04/23/14 | P. NELSON | 1.60 | Review and revise Malet Realty management agreement (.6); continue work on motion to approve same, proposed order, and supporting declarations (1.0). |
| 04/24/14 | P. NELSON | 2.50 | Review and revise management agreement (.4); correspond with G. Khattak regarding same (.1); correspond with J. Soh regarding same (.3); correspondence and conferences with E. Maletsky regarding declaration in support of motion to approve management agreement (.4); revise same (.2); draft declaration of G. Khattak in support of same (.2); correspondence and conferences with G. Khattak regarding same (.3); finalize motion (.6). |
| 04/25/14 | M. KIND | 5.60 | Revise motion to authorize debtor to enter into management agreement (1.3); revise declaration in support of management agreement (.9); revise proposed order (1.1); prepare and file motion with exhibits and serve on various parties (2.3). |
| 04/25/14 | P. NELSON | 0.90 | Finalize motion to approve management agreement (.2); correspond with M. Kind regarding filing and service of same (.4); correspond with J. Soh |

Handwritten annotation next to 04/22/14 entry: (3) Typo - entries support 0.9 hours

Invoice # 2037362
315620/0007
November 26, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | regarding same (.3). |
| 04/29/14 | P. NELSON | 1.00 | Correspondence and conference with G. Khattak regarding attendance at hearing on motion to approve management agreement (.3); correspondence and conference with E. Maletsky regarding same (.3); correspondence and telephone conference with G. Khattak regarding resolution of issues with respect to kitchen floor in restaurant area (.4). |
| 04/30/14 | P. NELSON | 3.20 | Attend hearing on motion to approve management agreement (.8); follow-up conferences with E. Maletsky and G. Khattak regarding transition of management from receiver and related issues (1.2); correspond with E. Maletsky regarding leases and insurance issues (.8); revise and submit order approving motion (.4). |
| 05/02/14 | P. NELSON | 0.40 | Correspondence with E. Maletsky and G. Khattak regarding transition of management to Malet Realty. |
| 05/09/14 | P. NELSON | 0.30 | Correspondence with E. Maletsky and J. Soh regarding property management issues. |
| 05/12/14 | J. HA | 0.10 | Preparation of correspondence to CT Corporation requesting Articles of Organization of Khattak Properties LLC. |
| 05/13/14 | P. NELSON | 1.70 | Correspondence and conferences with E. Maletsky, M. Semenow, and G. Khattak regarding transition of property management from Chicago Real Estate Resources (.4); correspond with same regarding issues with respect to wall between kitchen and building common areas (.6); follow-up correspondence and conferences with F. Gianni and C. Halverston regarding same (.7). |
| 05/16/14 | P. NELSON | 2.40 | Correspondence and conferences with C. Halverston, F. Gianni, G. Khattak, E. Maletsky, and M. Semenow regarding completion of repairs to the kitchen floor in the restaurant area (1.8); review lease documents regarding repairs to property (.6). |
| 05/21/14 | P. NELSON | 0.60 | Correspond with G. Khattak, E. Maletsky, and M. Semenow regarding renewal of AJ Capital lease and payment of back-rent and penalties. |
| 05/23/14 | P. NELSON | 0.90 | Telephone conference with E. Maletsky regarding lease renewal and other issues (.4); correspond with counsel for first-floor tenant regarding rent issues (.3); follow-up correspondence with E. Maletsky regarding same (.2). |

Invoice # 2037362
315620/0007
November 26, 2014

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/30/14 | P. NELSON | 1.40 | Draft correspondence to M. Hauert regarding resolution of issues with first-floor tenant with respect to repair of the restaurant floor (.8); correspond with the property manager and G. Khattak regarding various issues with respect to tenant issues and related property management questions (.6). |
| 06/03/14 | P. NELSON | 0.90 | Correspond with D. Fischer, E. Maletsky, and G. Khattak regarding various business issues. (2) Insufficient Description |
| 06/05/14 | P. NELSON | 0.80 | Correspond with counsel for Little Gem regarding proof of payments with respect to replacement of first-floor flooring (.3); review same (.1); telephone conferences and correspondence with M. Semenow regarding same (.2); follow-up correspondence with counsel for Little Gem regarding lien waivers with respect to same (.2). |
| 06/09/14 | P. NELSON | 0.80 | Telephone conference with M. Semenow regarding decommissioning of freight elevator (.4); telephone conference with E. Maletsky regarding various issues with respect to property (.3); correspond with G. Khattak regarding same (.1). |
| 06/10/14 | P. NELSON | 0.40 | Telephone conferences with M. Semenow regarding issues with the first-floor tenant. |
| 06/16/14 | P. NELSON | 0.40 | Correspond with F. Gianni regarding rent payment dispute and verification of contractor payments. |
| 06/19/14 | P. NELSON | 0.80 | Correspond with M. Semenow regarding lien waiver information provided by Little Gem regarding restaurant floor work (.2); review same (.2); draft correspondence with F. Gianni regarding follow-up on same (.4). |
| 06/26/14 | P. NELSON | 0.40 | Correspond with M. Semenow and G. Khattak regarding various issues with tenants and decommissioning of elevator. |
| 06/27/14 | P. NELSON | 0.80 | Correspondence and conferences with M. Semenow and G. Khattak regarding various issues with Little Gem's contractor. |
| 06/30/14 | P. NELSON | 0.70 | Telephone conference with G. Khattak regarding issues with Little Gem contractor (.2); telephone conference with M. Semenow regarding same (.2); conference with C. Halverson regarding resolution of various issues with Little Gem contractor (.3). |
| 07/01/14 | P. NELSON | 0.90 | Correspondence with M. Semenow regarding issues with first-floor tenant's general contractor, C. Halverston (.3); telephone conference with C. |

Invoice # 2037362
315620/0007
November 26, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | Halverston regarding same (.3); follow-up telephone conference with G. Khattak regarding same (.2); follow-up correspondence with M. Semenow regarding same (.1). |
| 07/02/14 | P. NELSON | 0.40 | Correspondence and conferences with C. Halverston and M. Semenow regarding lien waivers for work done to repair first-floor flooring. |
| 07/07/14 | P. NELSON | 0.20 | Correspond with M. Semenow regarding issues with respect to management of the debtor's property. |
| 08/06/14 | D. FISCHER | 0.30 | Conference regarding receiver.    (2) Insufficient Description |
| 08/14/14 | P. NELSON | 0.80 | Correspondence and conferences with C. Halverston regarding issues with building inspection in connection with final permitting to open the first-floor restaurant. |
| 08/15/14 | P. NELSON | 1.20 | Correspondence and conferences with M. Semenow and E. Maletsky regarding final inspection of building for restaurant opening and masonry and other repairs. |
| 08/20/14 | P. NELSON | 0.70 | Telephone conferences and correspondence with M. Semenow regarding masonry repairs; review invoices regarding same. |
| 08/22/14 | P. NELSON | 1.80 | Draft letter agreement for Menhall Group regarding repairs and alterations to the building on behalf of the first-floor tenant. |
| 08/22/14 | P. NELSON | 0.50 | Telephone conference with All-Types Elevators regarding decommissioning of freight elevator. |
| 08/25/14 | P. NELSON | 1.20 | Draft term sheet with respect to resolution of issues with Menhal Group regarding work performed at the property. |
| 08/27/14 | D. FISCHER | 0.30 | E-mail correspondence regarding AJ capital proposal. |
| 08/27/14 | P. NELSON | 0.80 | Draft letter agreement with Menhall Group regarding resolution of issues in connection with work performed at the debtor's property (.6); correspond with M. Semenow regarding same (.2). |
| 08/28/14 | P. NELSON | 2.40 | Draft letter agreement for Menhall Group regarding resolution of construction issues and provision of related lien waivers (2.1); correspond with M. Semenow regarding same (.1); correspond with C. Halverston regarding same (.1); telephone conference with G. Khattak regarding same (.1). |
| 08/28/14 | P. NELSON | 0.70 | Correspondence with M. Semenow and E. Maletsky regarding AJ Capital's desire to vacate premises (.3); telephone conference with G. Khattak regarding same |

Invoice # 2037362
315620/0007
November 26, 2014

(.4).

| 08/29/14 | P. NELSON | 0.70 | Correspond with C. Halverston and M. Semenow regarding lien waivers with respect to work performed on the debtor's property. | |
|---|---|---|---|---|
| 09/02/14 | P. NELSON | 0.60 | Correspond with C. Halverston regarding lien waivers for work performed by first-floor tenant's general contractor on debtor's property (.3); follow-up with M. Semenow and G. Khattak regarding same (.3). | |
| 09/04/14 | P. NELSON | 0.40 | Review materials and prepare for hearing regarding City's citation with respect to decommissioning of freight elevator. | |
| 09/05/14 | P. NELSON | 0.60 | Review lien waivers provided by first-floor tenant's general contractor regarding work two floors and supporting beams, along with black iron and masonry work (.4); correspond with M. Semenow regarding same (.2). | |
| 09/05/14 | P. NELSON | 0.10 | Follow-up with All-Types Elevator regarding permit for decommissioning of elevator. | |
| 09/08/14 | P. NELSON | 0.60 | Correspondence with M. Semenow regarding responsive to AJ Capital request to sublease units three and four of the debtor's property (.4); correspond with M. Semenow regarding lien waivers from first-floor tenant's general contractor regarding repairs to the floors and supporting beams, along with other issues (.6). | (3) Typo - entries support 1.0 hours |
| 09/09/14 | P. NELSON | 0.20 | Correspond with M. Semenow regarding request by AJ Capital to sublease units three and four of the debtor's property. | |
| 09/12/14 | P. NELSON | 1.50 | Telephone conferences and correspondence with Malet Realty regarding AJ Capital proposal to sublease units 3 and 4 of the debtor's building (.8); follow-up correspondence with D. Fischer regarding same (.3); further correspondence and conferences with Malet Realty regarding same (.4). | |
| 09/12/14 | P. NELSON | 0.60 | Correspondence and conferences with M. Semenow and D. Fischer regarding issues with Little Gem Hospitality, the debtor's first-floor tenant with respect to issues with insulation of "black iron" exhaust. | |
| 09/15/14 | P. NELSON | 0.20 | Correspond with All-Types Elevators regarding city permit for decommissioning of freight elevator. | |
| 09/18/14 | P. NELSON | 0.60 | Correspondence and conferences with M. Semenow and T. Hines regarding decommissioning of debtor's | |

Invoice # 2037362
315620/0007
November 26, 2014

| | | | | |
|---|---|---|---|---|
| | | | | freight elevator and city permitting and certification with respect to same. |
| 10/02/14 | P. NELSON | | 0.70 | Telephone conferences and correspondence with G. Khattak and M. Semenow regarding modifications to Unit 2E (.4); draft correspondence to J. Switzer regarding same (.3). |
| 10/06/14 | P. NELSON | | 0.90 | Office conferences and correspondence with M. Semenow regarding issues with Little Gem regarding "black iron" insulation (.6); follow-up conferences with M. Semenow regarding revised budget and payment of All-Types Elevators expenses (.3). |
| 10/07/14 | P. NELSON | | 0.30 | Follow-up correspondence with Malet Realty regarding case budget and payment of particular expenses. |
| 10/15/14 | P. NELSON | | 1.00 | Telephone conferences and correspondence with J. Michalowski regarding debtor's refinancing efforts (.4); draft debt schedule with respect to same (.6). |
| 10/16/14 | P. NELSON | | 0.50 | Telephone conference with G. Khattak regarding insurance claim (.2); telephone conference and follow-up correspondence with debtor's insurance company regarding same (.3). |
| 10/27/14 | P. NELSON | | 0.10 | Correspond with M. Semenow of Malet Realty Ltd. regarding payment of certain items in debtor's cash collateral budget. |
| 10/31/14 | P. NELSON | | 0.40 | Correspond with M. Semenow of Malet Realty regarding AJ Capital sub-lease proposal. |

| | |
|---|---|
| **Total Hours** | 75.70 |
| **Subtotal Fees** | $35,442.50 |

Disbursements

| | | |
|---|---|---|
| 05/30/14 | Outside Printing Services - Image Conversion 4/25/14 paid to Novitex / Kind | 44.10 |
| 09/23/14 | Filing Fees for certificate of good standing on 9/23/14 paid to Secretary of State/J Ha | 47.00 |
| 09/23/14 | Filing Fees for 2014 Illimois Annual Report for Khattak Properties paid to Secretary of State/J Ha | 308.75 |

| | |
|---|---|
| **Subtotal Disbursements:** | $399.85 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037362
315620/0007
November 26, 2014

**Total Invoice:**          **$35,842.35**

Timekeeper Summary 315620/0007

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| D. FISCHER | 0.60 | 710.00 | 426.00 |
| J. HA | 0.10 | 245.00 | 24.50 |
| M. KIND | 5.60 | 300.00 | 1,680.00 |
| P. NELSON | 69.40 | 480.00 | 33,312.00 |
| Total all Timekeepers | 75.70 | | $35,442.50 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0008
Invoice # 2038580
Case Administration

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 02/27/14 | P. NELSON | 1.30 | Prepare for Initial Debtor Interview (.2); attend Initial Debtor Interview (.5); follow up conference with client regarding debtor's responsibilities with respect to UST requirements and addressing of same in light of receiver's possession of property (.6). |
| 03/10/14 | M. KIND | 0.80 | Research Illinois case law on standards for receiver competence and whether a receiver's unawareness of the basic operations of the property give rise to removal arguments (.4); draft short memo summarizing research and attaching case law (.4). |
| 05/13/14 | P. NELSON | 0.50 | Correspond with G. Khattak and E. Maletsky regarding payment of U.S. Trustee quarterly fees (.3); correspondence with the office of the U.S. Trustee regarding same (.2). |
| 06/12/14 | D. FISCHER | 1.00 | Review receiver application (.2); conference with P. |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2038580
315620/0008
November 26, 2014

| | | | | |
|---|---|---|---|---|
| | | | Nelson regarding response (.6); review secured creditor reply (.2). | (3) Typo - inconsistent times for same mtg, reduced to 0.2 per Nelson entry |
| 06/12/14 | P. NELSON | 1.90 | Review receiver's fee application and final accounting (1.6); discuss same with D. Fischer (.2); draft response to J. Soh regarding same (.1). | |
| 06/16/14 | M. KIND | 0.60 | Research section 543 of the bankruptcy code and standard for allowing a receiver to be awarded attorney's fees from the bankruptcy case. | |
| 06/17/14 | M. KIND | 2.20 | Research section 543 of the bankruptcy code and standard for allowing a receiver to be awarded attorney's fees from the bankruptcy case (1.8); write short memo to P. Nelson summarizing research (.4). | |
| 07/01/14 | P. NELSON | 0.90 | Review final report and application for compensation filed by Eric Janssen as prepetition receiver for the debtor's property (.6); correspond with D. Fischer regarding objections to same (.3). | |
| 07/02/14 | P. NELSON | 0.70 | Review final report and application for compensation filed by Eric Janssen as prepetition receiver for the debtor's property and research issues with respect to objections to same (.4); telephone conference with M. Semenow regarding issues with receiver's management of the debtor's property and failure to file insurance claim for water damage to the first-floor restaurant's floor (.3). | |
| 07/09/14 | P. NELSON | 1.80 | Review receiver's final accounting, motion to approve same, and application for compensation (.3); research case law with respect to same (.8); begin work on response to same (.6). | (3) Typo - entries support 1.7 hours |
| 07/10/14 | P. NELSON | 0.30 | Research case law regarding allowance of receiver's fees and expenses under section 543 of the Bankruptcy Code and surcharge of receiver for wrongful disbursements. | |
| 07/11/14 | M. KIND | 2.10 | Revise and proofread response to receiver's fee application (.6); prepare for filing and service and file response (.3); draft notice of filing and certificate of service for response (.4); file notice of filing and certificate of service for response (.8). | |
| 07/11/14 | P. NELSON | 2.00 | Prepare response to receiver's application for compensation and motion to approve final accounting (1.7); correspondence and conferences with M. Kind regarding filing and service of same (.3). | |
| 07/14/14 | D. FISCHER | 0.20 | Review brief (.2). | |
| 07/25/14 | M. KIND | 0.70 | Pull receiver's reply brief in support of its fee | |

Invoice # 2038580
315620/0008
November 26, 2014

|            |            |      |                                                                                                                                                                                                                                                                                            |
|------------|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |            |      | application (.2); write memo summarizing and analyzing main arguments in brief (.5).                                                                                                                                                                                                        |
| 08/05/14   | M. KIND    | 1.70 | Review receiver's reply brief in support of his fee application and the relevant case law referenced therein (.4); research case law referenced in receiver's reply brief (.7); draft talking points memo in preparation for hearing on fee application summarizing the standards for approving the fees of a superseded receiver and whether to give such fees priority (.6). |
| 08/06/14   | M. KIND    | 0.50 | Research case law referenced in receiver's reply brief (.2); draft talking points memo in preparation for hearing on fee application summarizing the standards for approving the fees of a superseded receiver and whether to give such fees priority (.3).                                    |
| 08/06/14   | P. NELSON  | 0.90 | Attend hearing on receiver's final accounting and final application (.3); follow-up conferences with D. Fischer and M. Lieberman regarding debtor's objection to same (.6).                                                                                                                   |
| 08/07/14   | P. NELSON  | 0.40 | Draft settlement correspondence to M. Lieberman regarding receiver's final application and final accounting and debtor's objection to same (.3); correspondence and conferences with G. Khattak regarding same (.1).                                                                          |
| 08/18/14   | P. NELSON  | 0.30 | Correspondence and conferences with M. Lieberman regarding objection to Receiver's final fee application.                                                                                                                                                                                    |
| 08/20/14   | P. NELSON  | 0.40 | Telephone conference with M. Liberman regarding resolution of receiver's final accounting and fee application.                                                                                                                                                                               |
| 08/22/14   | P. NELSON  | 1.30 | Telephone conference with M. Lieberman regarding receiver's final accounting and application for payment (.4); follow-up telephone conference with G. Khattak regarding same (.3); prepare for hearing regarding same (.6).                                                                   |
| 08/26/14   | M. KIND    | 0.20 | Review and analyze case law referenced in receiver's reply in support of fee application in preparation for hearing.                                                                                                                                                                         |
| 08/26/14   | P. NELSON  | 0.60 | Correspondence and telephone conferences with M. Lieberman regarding receiver's application and resolution of same.                                                                                                                                                                          |
| 08/29/14   | D. FISCHER | 0.20 | Telephone conference with P. Nelson regarding strategy.                                                                                                                                                                                                                                      |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2038580
315620/0008
November 26, 2014

| 09/03/14 | P. NELSON | 0.90 | Discuss Rule 26 conference with receiver's counsel and review rules with respect to requirements for same. |
| 10/06/14 | P. NELSON | 0.60 | Draft agreed order regarding allowance of All-Types Elevators fees (.4); correspond with M. Lieberman regarding same (.2). |
| 10/07/14 | P. NELSON | 0.40 | Conferences with M. Lieberman regarding resolution of receiver's fee application. |

|  |  |
| --- | --- |
| Total Hours | 25.40 |
| Subtotal Fees | $10,930.00 |

Disbursements

| 09/25/14 | Miscellaneous Charges For: Phillip Nelson 140901 to 141001 – Client Charges Judgment against Khattak Properties in Findings, Decisions & Order entered on 9/25/14 in the City of Chicago Dept of Administrative Hearings. | 540.00 |
| 09/26/14 | Miscellaneous Charges For: Phillip Nelson 140901 to 141001 – Client Charges Copy of transcript. | 74.00 |

|  |  |
| --- | --- |
| Subtotal Disbursements: | $614.00 |

|  |  |
| --- | --- |
| **Total Invoice:** | **$11,544.00** |

Timekeeper Summary 315620/0008

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
| --- | --- | --- | --- |
| D. FISCHER | 1.40 | 710.00 | 994.00 |
| M. KIND | 8.80 | 300.00 | 2,640.00 |
| P. NELSON | 15.20 | 480.00 | 7,296.00 |
| Total all Timekeepers | 25.40 |  | $10,930.00 |


**EDWARDS
WILDMAN**

EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0009
Invoice # 2037366
Cash and Financing Issues (includes cash collateral, DIP financing)

| 06/03/14 | P. NELSON | 5.60 | Continue work on cash collateral motion and supporting declarations (2.7); draft cash collateral budget (2.9). |
| 06/03/14 | P. NELSON | 0.70 | Draft cash collateral budget. |
| 06/04/14 | P. NELSON | 1.80 | Revise draft cash collateral order (1.3); correspond with counsel for Earning Plus regarding same (.3); correspond with E. Maletsky regarding cash collateral budget (.2). |
| 06/06/14 | P. NELSON | 1.30 | Work on cash collateral motion and supporting documents. |
| 06/09/14 | P. NELSON | 2.90 | Continue work on cash collateral order and supporting documents. |
| 06/10/14 | P. NELSON | 0.80 | Continue work on cash collateral motion and supporting declarations. |
| 06/17/14 | P. NELSON | 2.70 | Continue work on cash collateral and debtor in |

Invoice # 2037366
315620/0009
November 26, 2014

| | | | |
|---|---|---|---|
| | | | possession financing motion and supporting documents. |
| 06/26/14 | P. NELSON | 1.70 | Continue work on debtor-in-possession and cash collateral motion. |
| 07/02/14 | P. NELSON | 1.80 | Continue work on cash collateral and debtor-in-possession financing motion. |
| 07/03/14 | P. NELSON | 1.60 | Continue work on cash collateral and debtor-in-possession financing motion and supporting declarations. |
| 07/07/14 | P. NELSON | 2.70 | Continue work on cash collateral and debtor-in-possession financing motion and supporting declarations. |
| 07/08/14 | P. NELSON | <u>3.80</u> | <u>Continue work on cash collateral / DIP financing motion (3.7); correspondence and conference with M. Kind regarding same (.2).</u> |
| 07/10/14 | P. NELSON | 4.20 | Revise cash collateral and DIP financing motion (3.1); review and revise draft cash collateral order (.9); correspond with J. Soh regarding same (.2). |
| 07/11/14 | P. NELSON | 2.40 | Continue work on motion to approve use of cash collateral / DIP financing and supporting declarations. |
| 07/14/14 | P. NELSON | 3.20 | Continue work on cash collateral / DIP financing motion and supporting declarations (2.6); review and revise proposed cash collateral order with comments from Earning Plus (.4); correspond with J. Soh regarding same (.2). |
| 07/17/14 | P. NELSON | 0.90 | Revise cash collateral budget (.3); correspond with E. Maletsky and M. Semenow regarding same (.2); correspond with J. Soh regarding same (.2); correspond with E. Maletsky regarding interim cash collateral order (.1); revise same (.1). |
| 07/23/14 | P. NELSON | 0.80 | Correspondence and conferences with J. Soh regarding secured lender's sign-off on cash collateral / DIP financing motion (.3); follow up with Malet Realty regarding same and payment of certain outstanding bills (.2); revise cash collateral budget (.3). |
| 07/24/14 | M. KIND | 1.10 | Prepare for filing and file cash collateral and DIP financing motion |
| 07/24/14 | P. NELSON | 3.10 | Revise cash collateral / DIP financing motion and related order (2.1); correspond with J. Soh regarding same (.2); finalize same (.3); correspondence and conference with M. Kind regarding filing and service |

(3) Typo - Entries support 3.9 hours

Invoice # 2037366
315620/0009
November 26, 2014

| | | | | |
|---|---|---|---|---|
| | | | | of same (.5). |
| 08/07/14 | M. KIND | | 0.80 | Draft, revise and file certificate of service relating to the entered cash collateral order. |
| 08/14/14 | P. NELSON | | 1.00 | Correspondence and conferences with M. Kind regarding filing and service of certification of counsel with executed copy of Earning Plus settlement agreement (.6); review and revise same (.4). |
| 08/15/14 | P. NELSON | | 0.20 | Correspond with J. Soh regarding interest accrued under Earning Plus loan. |
| 08/18/14 | P. NELSON | | 1.00 | Revise interim cash collateral order and budget (.4); correspond with J. Switzer regarding same (.3); follow-up correspondence with J. Soh regarding postpetition interest on first-lien debt (.3). |
| 09/29/14 | P. NELSON | | 0.30 | Correspond with counsel for Earning Plus regarding use of cash collateral. |
| 10/01/14 | P. NELSON | | 1.60 | Review and revise cash collateral budget (1.4); correspond with J. Soh regarding same (.2). |
| 10/02/14 | P. NELSON | | 0.60 | Review and revise third interim cash collateral order and attached budget. |
| 10/03/14 | P. NELSON | | 4.60 | Review and revise draft third interim cash collateral order (2.1); draft budget for same (1.3); correspond with J. Switzer regarding same (1.2). |
| 10/05/14 | P. NELSON | | 0.40 | Correspond with counsel for Earning Plus regarding revised budget for third interim cash collateral order and related issues. |
| 10/06/14 | P. NELSON | | 2.30 | Correspondence and conferences with J. Switzer regarding third agreed interim cash collateral order (.3); review and revise budget for same (.2); review and revise order or same (1.4); follow-up correspondence with J. Switzer regarding same (.4). |
| 10/08/14 | P. NELSON | | 0.60 | Correspond with Malet realty and G. Khattak regarding orders authorizing use of cash collateral (.2); follow-up correspondence and conferences with Malet Realty regarding adequate protection payments to Earning Plus (.4). |

|  |  |
|---|---|
| Total Hours | 56.50 |
| Subtotal Fees | $26,778.00 |

Disbursements

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037366
315620/0009
November 26, 2014

| | | |
|---|---|---:|
| 07/24/14 | Overnight Delivery-Chicago "Sanford Kahn, Ltd. Sanford Kahn, President 180 N. LASALLE, #2025  CHICAGO IL 60601-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "Mitchell Lieberman Ruth Sosniak NOONAN AND LIEBERMAN 105 W. Adams, Suite 1800 CHICAGO IL 60603-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "Jean Soh Polsinelli Shughart 161 N. CLARK ST., STE 4200  CHICAGO IL 60601-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "Peter G. Giegoldt C/O Michael Cushing CUSHING LAW OFFICES 29 S. LaSalle St., Ste 240 CHICAGO IL 60603-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago Mahpara Khan N/A 5100 N. MARINE DR. Apt. 18M CHICAGO IL 60640-0000 | 14.07 |
| 07/24/14 | Overnight Delivery-Chicago "All-Types Elevators, Inc. Kristine Hynes, President 011105 S. NASHVILLE, UNIT B  WORTH IL 60482-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "Caz Creek IL, LLC Attn: William Cohane, Manager 1235-E EAST BLVD., STE. 188  CHARLOTTE NC 28203-0000" | 14.21 |
| 07/24/14 | Overnight Delivery-Chicago "C/O SUSANA MENDOZA, CITY CLERK Bankruptcy Unit , City Of Chicago 121 N. LaSalle Street Room 107 CHICAGO IL 60602-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "Fine Edge ConstructionLLC Lenny Defily, Manager 1438 FAIRWAY DR.  GLENDALE HEIGHTS IL 60139-0000" | 14.07 |
| 07/24/14 | Overnight Delivery-Chicago "James Griffin Schain, Burney, Bank & KENNY, LTD. 70 W. Madison St., Ste. 4500 CHICAGO IL 60602-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "All-Types Elevators Inc. Laurie Silvestri, Reg. Agent THREE 1ST NAT'L PLAZA, #3750  CHICAGO IL 60602-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "At World Props, LLC Dba @Properties C/O A. STANTON - BURKE, WARREN 330 N. Wabash Ave., Ste 2100 CHICAGO IL 60611-0000" | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "Caz Creek IL, LLC C/O Illinois Corp. Service Co. 801 ADLAI STEVENSON DR.  SPRINGFIELD IL 62703-0000" | 12.35 |
| 07/24/14 | Overnight Delivery-Chicago Eric Janssen Receiver/621-623 W Randolph CHICAGO REAL ESTATE RESOURCES 932 W. Grace St. CHICAGO IL 60613-0000 | 10.40 |
| 07/24/14 | Overnight Delivery-Chicago "All-Types Elevators Inc. Laurie Silvestri, Reg. Agent THREE 1ST NAT'L PLAZA, #3750  CHICAGO IL 60602-0000" | 13.50 |

Subtotal Disbursements:    $172.20

Invoice # 2037366
315620/0009
November 26, 2014

**Total Invoice:**        **$26,950.20**

Timekeeper Summary  315620/0009

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| M. KIND | 1.90 | 300.00 | 570.00 |
| P. NELSON | 54.60 | 480.00 | 26,208.00 |
| Total all Timekeepers | 56.50 | | $26,778.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.


**EDWARDS WILDMAN**

EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0011
Invoice # 2037367
Committee, Creditor, and Shareholder Communications

| | | | | |
|---|---|---|---|---|
| 10/16/14 | P. NELSON | | 0.60 | Correspondence and conferences with counsel for All-Types Elevator regarding settlement of claim (.4); follow-up with M. Semenow of Malet Realty regarding same (.2). |

| | |
|---|---|
| Total Hours | 0.60 |
| Subtotal Fees | $288.00 |
| **Total Invoice:** | **$288.00** |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037367
315620/0011
November 26, 2014

Timekeeper Summary  315620/0011

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| P. NELSON | 0.60 | 480.00 | 288.00 |
| Total all Timekeepers | 0.60 | | $288.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
**edwardswildman.com**

# Invoice

*Wire Instructions:*
  Bank of America
  100 Westminster St., Providence, RI  02903
  Acct# 000156917009
  ABA Wire Transfer # 026009593
  ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0013
Invoice # 2037368
Contract and Lease Issues (includes prepetition and postpetition)

| | | | |
|---|---|---|---|
| 07/16/14 | P. NELSON | 1.70 | Work on amendment to Little Gem lease. |
| 07/17/14 | P. NELSON | 1.20 | Draft lease amendment for Little Gem lease regarding additional common-area space. |
| 07/23/14 | P. NELSON | 5.80 | Draft amendment to Little Gem lease (5.6); correspond with M. Semenow regarding same (.2). |

|  |  |
|---|---|
| Total Hours | 8.70 |
| Subtotal Fees | $4,176.00 |
| **Total Invoice:** | **$4,176.00** |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037368
315620/0013
November 26, 2014

Timekeeper Summary 315620/0013

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| P. NELSON | 8.70 | 480.00 | 4,176.00 |
| Total all Timekeepers | 8.70 | | $4,176.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN

NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH

This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
 Bank of America
 100 Westminster St., Providence, RI 02903
 Acct# 000156917009
 ABA Wire Transfer # 026009593
 ABA ACH Payment # 011500010

 Swift Code: BOFAUS3N
 DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0017
Invoice # 2038283
Secured Lender Issues

| | | | |
|---|---|---|---|
| 03/10/14 | P. NELSON | 1.10 | Correspondence with counsel for Earning plus regarding plan structure and potential resolution of claim (.8); correspondence and conferences with G. Khattak, D. Fischer, and F. Qadir regarding same (.3). |
| 03/11/14 | P. NELSON | 0.80 | Conferences with D. Fischer, J. Switzer, G. Khattak, and F. Qadir regarding resolution of Earning Plus's claim and plan structure. |
| 03/12/14 | D. FISCHER | 1.60 | Attend meeting with lender and client. |
| 04/22/14 | P. NELSON | 1.20 | Correspondence and conferences with J. Soh, G. Khattak and D. Fischer regarding follow-up meeting with Earning Plus to discuss plan structure and next steps. |
| 04/23/14 | P. NELSON | 0.40 | Correspondence and conferences with D. Fischer, J. Soh, G. Khattak, and F. Qadir regarding meeting to discuss treatment of claims and plan structure. |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2038283
315620/0017
November 26, 2014

| 04/24/14 | D. FISCHER | 1.40 | Participate in meeting with client regarding case strategy. | |
|---|---|---|---|---|
| 04/28/14 | D. FISCHER | 1.30 | Attend meeting with senior lender. | |
| 04/28/14 | P. NELSON | 4.00 | Prepare draft budget in preparation for meeting with Earning Plus (1.2); review additional materials in preparation for meeting with Earning Plus (.8); attend same (1.5); follow-up conference with G. Khattak regarding same (.5). | (3) Typo - inconsistent times for same mtg, reduced to 1.3 per Fischer entry |
| 05/21/14 | P. NELSON | 0.40 | Review letter from J. Switzer regarding settlement with Earning Plus and plan structure. | |
| 05/23/14 | P. NELSON | 0.20 | Telephone conference with J. Soh, counsel for Earning Plus, regarding case status and various action items. | |
| 05/23/14 | P. NELSON | 1.40 | Review Earning Plus letter regarding plan structure and potential settlement and prepare response to same. | |
| 05/28/14 | P. NELSON | 2.40 | Review and revise plan and disclosure statement (1.3); prepare exclusivity motion (1.1). | |
| 05/29/14 | P. NELSON | 1.50 | Review and prepare response to settlement proposal from Earning Plus regarding plan structure and claim treatment (1.3); correspond with J. Switzer regarding same (.2). | |
| 05/30/14 | P. NELSON | 1.70 | Review communications from Earning Plus regarding proposed settlement of claim (.8); review proof of claim filed by same (.6); draft response to same (.2); correspond with D. Fischer regarding same (.1). | |
| 06/02/14 | P. NELSON | 3.00 | Review Earning Plus proof of claim and supporting documents (1.3); draft response to Earning Plus settlement offer (1.7). | |
| 06/02/14 | P. NELSON | 4.00 | Review and revise plan and disclosure statement (1.7); draft exclusivity motion (2.3). | |
| 06/03/14 | D. FISCHER | 0.60 | Meet with client regarding case strategy. | |
| 06/04/14 | P. NELSON | 2.40 | Draft response to J. Switzer regarding settlement proposal (1.5); discuss same with D. Fischer (.2); revise same (.4); correspond with J. Switzer and J. Soh regarding same (.3). | |
| 06/10/14 | P. NELSON | 0.30 | Office conference with D. Fischer regarding potential plan structure issues and resolution of secured claims. | |
| 06/11/14 | P. NELSON | 0.10 | Correspond with G. Khattak regarding status of settlement discussions with Earning Plus. | |
| 06/12/14 | P. NELSON | 1.00 | Telephone conference with G. Khattak regarding proposed settlement solution and discussions with Earning Plus (.6); telephone conference with L. | |

Invoice # 2038283
315620/0017
November 26, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | Boatwright regarding potential settlement path (.3); follow-up conference with D. Fischer regarding same (.1). |
| 06/18/14 | P. NELSON | 0.40 | Correspond with J. Switzer and J. Soh regarding plan settlement. |
| 06/19/14 | P. NELSON | 1.80 | Office conference with D. Fischer regarding response to Earning Plus settlement proposal (.2); telephone conference with G. Khattak regarding same (.3); draft response to J. Switzer regarding proposed settlement with Earning Plus (1.3. |
| 06/26/14 | P. NELSON | 0.70 | Review settlement proposal from Earning Plus (.3); correspondence and conference with D. Fischer regarding same (.2); correspond with J. Switzer regarding same (.1); correspond with G. Khattak regarding same (.1). |
| 06/26/14 | P. NELSON | 0.60 | Continue work on disclosure statement. |
| 06/30/14 | P. NELSON | 1.30 | Analyze settlement proposal and prepare summary of terms for discussion with G. Khattak. |
| 07/01/14 | P. NELSON | 1.90 | Correspond with J.Switzer regarding settlement proposal (.1); prepare for meeting with G. Khattak to discuss same (.8); meet with G. Khattak to discuss same (.9); follow-up correspondence with J. Switzer regarding settlement (.1). |
| 07/07/14 | P. NELSON | 1.60 | Review and revise Earning Plus settlement agreement (1.4); office conference with D. Fischer regarding same (.2). |
| 07/09/14 | P. NELSON | 2.80 | Review and revise proposed settlement agreement from Earning Plus (2.3); office conferences with D. Fischer regarding same (.3); correspond with J. Griffin regarding same (.2). |
| 07/11/14 | P. NELSON | 2.70 | Review and revise settlement agreement from Earning Plus. |
| 07/14/14 | D. FISCHER | 0.20 | Review settlement changes (.2). |
| 07/14/14 | P. NELSON | 4.80 | Review and revise settlement agreement with Earning Plus (3.2); office conferences and correspondence with D. Fischer regarding same (.2); correspond with J. Switzer and J. Soh regarding same (.2); begin work on motion to approve settlement agreement (1.2). |
| 07/15/14 | M. KIND | 0.20 | Review precedent in preparation for draft of new settlement motion (.3); review draft settlement agreement in preparation for settlement motion (.3). |
| 07/21/14 | P. NELSON | 6.20 | Review and revise settlement agreement with Earning Plus regarding restructuring of debt (4.8); draft |

(3) Typo - entries support 0.6 hours

Invoice # 2038283
315620/0017
November 26, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | correspondence with counsel for Earning Plus regarding same (.5); review and revise exhibits with respect to same, including amended judgment of foreclosure (.4); draft correspondence to J. Soh regarding same (.3); draft correspondence to G. Khattak regarding same (.2). |
| 07/22/14 | M. KIND | 1.80 | Draft motion pursuant to rule 9019 for the court to approve settlement with primary secured lender. |
| 07/22/14 | P. NELSON | 0.40 | Correspondence and conference with G. Khattak regarding settlement agreement with Earning Plus. |
| 07/23/14 | M. KIND | 9.10 | Continue work on motion pursuant to rule 9019 for the court to approve settlement with primary secured lender. |
| 07/23/14 | P. NELSON | 1.40 | Review revised settlement agreement documents forwarded by Earning Plus's counsel. |
| 08/04/14 | P. NELSON | 4.30 | Review and revise settlement agreement and supporting orders and exhibits (1.2); correspond with J. Switzer regarding changes to same (.4); continue work on motion to approve settlement agreement and supporting documents (2.3); correspond with G. Khattak regarding same (.4). |
| 08/05/14 | M. KIND | 0.40 | Prepare motion pursuant to Bankruptcy Rule 9019, for approval of settlement with primary secured lender for filing and file motion (.4). |
| 08/05/14 | P. NELSON | 5.90 | Finalize motion to approve settlement agreement with Earning Plus and supporting documents (3.6); correspondence with G. Khattak regarding execution and filing of same (.6); correspondence and conferences with J. Soh regarding execution of settlement agreement by Earning Plus (.4); office conferences and correspondence with M. Kind regarding finalization, filing, and service of motion to approve settlement agreement (1.3). |
| 08/13/14 | M. KIND | 1.80 | Draft certification of counsel relating to signed and executed settlement agreement (.9); prepare for filing and file same (.9). |
| 08/22/14 | D. FISCHER | 0.30 | Conference with P. Nelson regarding strategy. |
| 08/22/14 | P. NELSON | 0.30 | Correspond with J. Soh regarding settlement agreement and accrued interest on loans. |
| 08/29/14 | P. NELSON | 1.20 | Revise order on 9019 motion to approve settlement with Earning Plus (.8); correspond with counsel for Earning Plus regarding changes to same (.2); correspond with chambers regarding revised order |

Invoice # 2038283
315620/0017
November 26, 2014

|          |           |      | (.2). |
|----------|-----------|------|-------|
| 09/02/14 | P. NELSON | 0.40 | Revise order on settlement agreement with Earning Plus per comments from the court (.2); correspond with counsel for Earning Plus regarding same (.1); follow-up correspondence with court submitting draft order (.1). |
| 09/04/14 | P. NELSON | 1.50 | Review settlement agreement closing documents forwarded by J. Switzer (.4); correspond with D. Fischer regarding same (.2); telephone conference with E. Maletsky regarding adequate protection payments to Earning Plus (.3); telephone conference with Ghaffar regarding next steps (.6). |
| 09/05/14 | P. NELSON | 0.50 | Review documents prepared by J. Switzer regarding closing of settlement agreement with Earning Plus (.3); follow-up correspondence with J. Swiitzer regarding same (.2). |
| 09/08/14 | P. NELSON | 0.40 | Correspond with J. Switzer regarding closing documents for settlement with Earning Plus and wiring instructions for subsequent adequate protection payments. |
| 09/12/14 | P. NELSON | 2.10 | Review and revise draft documents in connection with closing of settlement agreement with Earning Plus. |
| 09/18/14 | P. NELSON | 1.20 | Correspond with J. Switzer regarding execution and exchange of supplemental documents with respect to initial closing of settlement agreement (.4); review and revise same (.4); correspondence with M. Semenow regarding same (.2); correspond with J. Griffin regarding amended judgment of foreclosure (.2). |
| 09/19/14 | P. NELSON | 3.70 | Correspond with J. Switzer regarding initial closing and exchange documents regarding same (.6); telephone conferences and correspondence with M. Semenow regarding wire instructions and payment to Earning Plus with respect to initial closing under settlement agreement (.4); review and revise initial closing supplementary documents (1.2); correspond with J. Switzer regarding same (.4); correspond with K. Soto and G. Khattak regarding execution of initial closing documents (.8); correspond with J. Griffin and M. Kind regarding execution of amended judgment of foreclosure (.3). |
| 09/22/14 | P. NELSON | 2.40 | Compile documents for closing with Earning Plus |

Invoice # 2038283
315620/0017
November 26, 2014

| | | | |
|---|---|---|---|
| | | | regarding settlement agreement (1.8); correspond with M. Semenow and J. Switzer regarding wiring instructions and exchange of documents (.6). |
| 09/23/14 | J. HA | 0.40 | Preparation of correspondence to CT corporation requesting good standing certificate for Khattak Properties LLC from Illinois Secretary of State (.1); filed 2014 Illinois Annual Report and obtain Illinois Good Standing (.2); correspond with CT Corporation representative requesting good standing certificate (.1). |
| 09/24/14 | P. NELSON | 1.80 | Correspond with J. Ha regarding LLC annual report and certificate of good standing for LLC (.3); draft resolution and assignment with respect to modification of debtor's LLC operating agreement (1.3); correspond with G. Khattak and J. Switzer regarding same (.2). |
| 10/16/14 | P. NELSON | 0.30 | Follow-up correspondence with J. Switzer and M. Semenow regarding wire transfer of settlement payment. |
| 10/28/14 | M. KIND | 1.60 | Read and review settlement agreement to determine whether certain events are triggered by the dismissal of the bankruptcy case (.4); write memo summarizing and analyzing relevant portion of the settlement agreement (.6); prepare for hearing on second motion to extend plan exclusivity dates (.3); prepare and file monthly operating report (.3). |
| 10/28/14 | P. NELSON | 0.70 | Review settlement agreement with Earning Plus regarding implications of voluntary dismissal of chapter 11 case (.3); office conference and correspondence with M. Kind regarding same (.2); correspond with J. Michalowski regarding same (.2). |

|  |  |
|---|---|
| Total Hours | 99.90 |
| Subtotal Fees | $46,418.00 |
| **Total Invoice:** | **$46,418.00** |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2038283
315620/0017
November 26, 2014
Timekeeper Summary 315620/0017

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| D. FISCHER | 5.40 | 710.00 | 3,834.00 |
| J. HA | 0.40 | 245.00 | 98.00 |
| M. KIND | 14.90 | 300.00 | 4,470.00 |
| P. NELSON | 79.20 | 480.00 | 38,016.00 |
| Total all Timekeepers | 99.90 | | $46,418.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



**EDWARDS WILDMAN**

EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 20, 2014

For Professional Services Rendered

315620/0018
Invoice # 2037370
Plan, Disclosure Statement, and Exit Planning

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/27/14 | P. NELSON | 1.10 | Work on plan of reorganization and disclosure statement. |
| 03/01/14 | P. NELSON | 1.60 | Work on plan and disclosure statement. |
| 03/02/14 | P. NELSON | 1.60 | Continue drafting of plan and disclosure statement. |
| 03/03/14 | P. NELSON | 1.30 | Continue work on plan and disclosure statement. |
| 03/14/14 | P. NELSON | 0.90 | Review and revise plan of reorganization (.7); conference with J. Monahan regarding same (.2). |
| 03/21/14 | P. NELSON | 1.30 | Review and revise plan and disclosure statement (.9); correspondence and conferences with G. Khattak re exit financing and strategy (.4). |
| 04/10/14 | P. NELSON | 0.20 | Telephone conference with M. Kahn regarding proposed appraisers. |
| 04/14/14 | P. NELSON | 2.00 | Telephone conference with J. Soh regarding appraiser for property (.3); telephone conference with R. DeVries regarding appraisal (.3); telephone |

Invoice # 2037370
315620/0018
November 20, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | conference with B. Gorman regarding same (.3); telephone conference with M. Kahn regarding same (.2); telephone conference with D. Fischer regarding same (.2); telephone conference with R. Douglas regarding appraisal (.7). |
| 04/18/14 | P. NELSON | 0.40 | Continue work on plan of reorganization and disclosure statement. |
| 04/21/14 | P. NELSON | 1.10 | Continue work on plan of reorganization and disclosure statement. |
| 05/05/14 | P. NELSON | 1.90 | Continue work of plan and disclosure statement. |
| 05/14/14 | P. NELSON | 0.90 | Continue work on disclosure statement (.3); revise and file plan (.6). |
| 05/20/14 | P. NELSON | 1.60 | Draft motion to extend debtor's exclusive period to file a plan and disclosure statement. |
| 06/12/14 | P. NELSON | 3.20 | Draft exclusivity motion (2.6); correspond with D. Fischer regarding same (.3); correspond with M. Kind regarding filing and serving same (.3). |
| 06/13/14 | M. KIND | 1.90 | Revise exclusivity motion and proposed order (.7); prepare and file exclusivity motion and proposed order (1.2). |
| 08/27/14 | P. NELSON | 1.80 | Prepare for hearing on plan and motion to approve settlement with Earning Plus, receiver's application for fees, and plan status (.6); attend hearing on same (1.2). |
| 10/07/14 | P. NELSON | 1.10 | Telephone conferences with G. Khattak and J. Michalowski regarding case exit strategy. |
| 10/13/14 | P. NELSON | 0.80 | Draft second exclusivity motion, notice and proposed order (.4); file motion (.4). |
| 10/14/14 | M. KIND | 2.20 | Draft and file proposed order for second plan exclusivity motion (.6); draft and file notice of second plan exclusivity motion (.8); draft and file certificate of service for second plan exclusivity motion (.4); prepare motion and other documents for service (.4). |
| 10/27/14 | P. NELSON | 0.50 | Correspond with J. Michalowski regarding discussions with potential exit lender (.2); participate in telephone conference with J. Michalowski and various potential exit lenders regarding financing for the debtor (.3). |

|  |  |
|---|---|
| Total Hours | 27.40 |
| Subtotal Fees | $12,414.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037370
315620/0018
November 20, 2014

Disbursements

| 05/12/14 | Official Fees including plain articles in Illinois Re: Khattak Properties LLC/J. Ha. | 128.25 |

Subtotal Disbursements:   $128.25

**Total Invoice:   $12,542.25**

Timekeeper Summary 315620/0018

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| M. KIND | 4.10 | 300.00 | 1,230.00 |
| P. NELSON | 23.30 | 480.00 | 11,184.00 |
| Total all Timekeepers | 27.40 | | $12,414.00 |



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0019
Invoice # 2037371
Hearings

| | | | |
|---|---|---|---|
| 03/04/14 | P. NELSON | 1.30 | Attend status hearing on case. |
| 04/08/14 | P. NELSON | 1.20 | Prepare for and attend status hearing. |
| 04/22/14 | P. NELSON | 0.70 | Attend status hearing. |
| 04/24/14 | P. NELSON | 2.30 | Prepare for and attend meeting with client regarding plan structure and upcoming meeting with Earning Plus with respect to plan structure and next steps. |
| 08/26/14 | P. NELSON | 1.70 | Prepare for hearing on receiver's application, use of cash collateral, and motion to approve settlement with Earning Plus (.3); attend same (1.4). |
| 08/29/14 | P. NELSON | 1.30 | Prepare for and attend administrative hearing on decommissioning of the freight elevator at the debtor's property. |
| 10/07/14 | P. NELSON | 1.80 | Prepare for and attend status hearing on case, use of cash collateral, and receiver's fee application. |
| 10/29/14 | M. KIND | 1.60 | Prepare for hearing on second motion to extend plan |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037371
315620/0019
November 26, 2014

exclusivity dates (.4); attend hearing (1.2).

| | |
|---|---:|
| Total Hours | 11.90 |
| Subtotal Fees | $5,424.00 |

**Total Invoice:**      **$5,424.00**

Timekeeper Summary  315620/0019

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---:|---:|---:|
| M. KIND | 1.60 | 300.00 | 480.00 |
| P. NELSON | 10.30 | 480.00 | 4,944.00 |
| Total all Timekeepers | 11.90 | | $5,424.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN

NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH

This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0020
Invoice # 2037372
Edwards Wildman Retention Issues (includes conflicts and fee issues)

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/25/14 | P. NELSON | 1.20 | Draft retention application, supporting declaration, and proposed order. |
| 03/26/14 | P. NELSON | 2.50 | Work on retention application, proposed order, and supporting declaration of D. Fischer. |
| 03/28/14 | P. NELSON | 2.10 | Begin work on retention application, proposed order, and supporting declaration of D. Fischer. |
| 03/31/14 | P. NELSON | 3.70 | Finalize retention application, proposed order, and supporting declaration of D. Fischer. |
| 04/09/14 | P. NELSON | 1.40 | Finalize, file, and serve retention application. |
| 04/14/14 | M. KIND | 3.70 | Draft supplemental fischer declaration in support of retention application (2.1); draft notice of filing of supplemental declaration (.4); draft supplemental certificate of service for retention application (.3); revise and file supplemental declaration, notice of filing, and supplemental certificate of service (.9). |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037372
315620/0020
November 26, 2014

| 04/14/14 | P. NELSON | 2.00 | Office conference with M. Kind regarding supplement to retention application (.8); review drafts regarding same (.6); follow-up conference with M. Kind regarding comments on same (.2); telephone conference with D. Fischer regarding same (.1); address supplemental service issues with M. Kind (.3). |
| 04/15/14 | P. NELSON | 0.40 | Attend hearing on retention application. |
| 08/15/14 | P. NELSON | 1.70 | Review invoices and begin work on fee application. |

|  | Total Hours | 18.70 |
|  | Subtotal Fees | $8,310.00 |

Disbursements

| Photocopies-Chicago |  | 127.50 |
|  | Subtotal Disbursements: | $127.50 |

|  | **Total Invoice:** | **$8,437.50** |

Timekeeper Summary  315620/0020

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| M. KIND | 3.70 | 300.00 | 1,110.00 |
| P. NELSON | 15.00 | 480.00 | 7,200.00 |
| Total all Timekeepers | 18.70 |  | $8,310.00 |



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0021
Invoice # 2037373
Professional Retention Issues (non-Edwards Wildman)

| | | | |
|---|---|---|---|
| 06/19/14 | P. NELSON | 1.10 | Review materials from broker (.3);  begin work on broker retention motion (.8). |
| 06/30/14 | P. NELSON | 0.40 | Continue work on broker retention application. |
| 07/02/14 | P. NELSON | 0.60 | Review and revise Sperry Van Ness listing agreement (.2); draft application to retain Sperry Van Ness as broker for the debtor (.4). |
| 07/03/14 | P. NELSON | 0.60 | Continue work on application to employ Sperry Van Ness as real estate broker for the debtor and related supporting declarations. |
| 07/07/14 | P. NELSON | 2.10 | Telephone conference with G. Khattak regarding retention of Sperry Van Ness and real estate broker for the debtor (.2); review and revise leasing agreement (.8); continue work on broker retention motion and supporting declarations (.7); correspond with G. Khattak and E. Maletsky regarding same (.4). |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037373
315620/0021
November 26, 2014

| 07/08/14 | M. KIND | 0.70 | Revise and proofread motion in support of employing broker. |
| 07/08/14 | P. NELSON | 2.20 | Revise Sperry Van Ness listing agreement (.4); draft declaration of disinterestedness for Sperry Van Ness (.7); draft declaration in support of motion to approve listing agreement for Malet Realty (.7); correspond with E. Maletsky regarding same (.2); continue work on application with respect to same (.2). |
| 07/09/14 | D. FISCHER | 0.30 | Review documents regarding broker retention application. |
| 07/09/14 | P. NELSON | 1.30 | Continue work on motion to approve application to employ real estate broker (.3); correspond with C. Schroedl, M. Semenow, and G. Khattak regarding changes to same and listing agreement (.6); review and revise listing agreement (.4). |
| 07/10/14 | M. KIND | 1.60 | Revise and proofread motion in support of employing broker (.3); prepare motion for filing and service (1.3). |
| 07/10/14 | P. NELSON | 1.90 | Finalize application to employ real estate broker for the estate (.7); correspondence and conferences with M. Kind regarding filing and service of same (.3); correspondence and conferences with G. Khattak and C. Schroedl regarding revisions to Sperry Van Ness listing agreement (.2); review and revise same (.1); correspond with C. Schroedl, E. Maletsky, and G. Khattak regarding declarations in support of motion to employ real estate broker (.6). |
| 07/14/14 | M. KIND | 1.10 | Draft supplemental certificate of service for application to employ sale agent (.7); serve additional copies of response to receiver's fee application on service parties (.4). |
| 07/15/14 | M. KIND | 1.00 | Revise and file supplemental certificate of service for application to employ sale agent (.8); prepare for hearing on application to employ sale agent (.2). |
| 07/16/14 | M. KIND | 2.10 | Prepare for and appear in hearing on application to employ sale agent. |
| 07/16/14 | P. NELSON | 0.40 | Office conference with M. Kind regarding hearing to approve retention of Sperry Van Ness and real estate broker (.1); follow-up conferences and correspondence with C. Schroedl and G. Khattak regarding same (.3). |

Total Hours     17.40

Invoice # 2037373
315620/0021
November 26, 2014

<table>
<tr><td></td><td>Subtotal Fees</td><td>$7,251.00</td></tr>
</table>

Disbursements

| Date | Description | Amount |
|---|---|---|
| 07/10/14 | Overnight Delivery-Chicago "City Of Chicago Bankruptcy Unit C/O SUSANA MENDOZA, CITY CLERK 121 N. LaSalle Street CHICAGO IL 60602-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "Caz Creek IL, LLC C/O Illinois Corp. Service Co. 801 ADLAI STEVENSON DR. SPRINGFIELD IL 62703-0000" | 12.35 |
| 07/10/14 | Overnight Delivery-Chicago "Fine Edge ConstructionLLC Lenny Defily, Manager 1438 FAIRWAY DR. GLENDALE HEIGHTS IL 60139-0000" | 14.07 |
| 07/10/14 | Overnight Delivery-Chicago Eric Janssen Receiver/621-623 W Randolph CHICAGO REAL ESTATE RESOURCES 932 W. Grace St. CHICAGO IL 60613-0000 | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "James Griffin Schain, Burney, Bank & KENNY, LTD. 70 W. Madison St., Ste. 4500 CHICAGO IL 60602-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "Jerry L. Switzer, Jr. Jean Soh POLSINELLI PC 161 N. Clark Street, Ste 4200 CHICAGO IL 60601-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "Peter G. Giegoldt C/O Michael Cushing CUSHING LAW OFFICES 29 S. LaSalle St., Ste 240 CHICAGO IL 60603-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "All-Types Elevators, Inc. Kristine Hynes, President 011105 S. NASHVILLE, UNIT B WORTH IL 60482-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "All-Types Elevators Inc. Laurie Silvestri, Reg. Agent THREE 1ST NAT'L PLAZA, #3750 CHICAGO IL 60602-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "Caz Creek IL, LLC Attn: William Cohane, Manager 1235-E EAST BLVD., STE. 188 CHARLOTTE NC 28203-0000" | 14.21 |
| 07/10/14 | Overnight Delivery-Chicago "At World Props, LLC Dba @Properties C/O A. STANTON - BURKE, WARREN 330 N. Wabash Ave., Ste 2100 CHICAGO IL 60611-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "Mitchell Lieberman Ruth Sosniak NOONAN AND LIEBERMAN 105 W. Adams, Suite 1800 CHICAGO IL 60603-0000" | 10.40 |
| 07/10/14 | Overnight Delivery-Chicago "Sanford Kahn, Ltd. Sanford Kahn, President 180 N. LASALLE, #2025 CHICAGO IL 60601-0000" | 10.40 |

Invoice # 2037373
315620/0021
November 26, 2014

Subtotal Disbursements:          $144.63

**Total Invoice:**          **$7,395.63**

Timekeeper Summary 315620/0021

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| D. FISCHER | 0.30 | 710.00 | 213.00 |
| M. KIND | 6.50 | 300.00 | 1,950.00 |
| P. NELSON | 10.60 | 480.00 | 5,088.00 |
| Total all Timekeepers | 17.40 | | $7,251.00 |



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0022
Invoice # 2037374
Schedules, SoFAs, and Monthly Operating Reports

| | | | |
|---|---|---|---|
| 02/18/14 | P. NELSON | 0.70 | Work on debtor's schedules of assets and liabilities and statement of financial affairs. |
| 02/21/14 | P. NELSON | 0.90 | Work on schedules of assets and liabilities and statement of financial affairs (.7); discuss same with client (.2). |
| 02/22/14 | P. NELSON | 2.10 | Review receiver's reports with respect to administration of the debtor's property regarding preparation of debtor's schedules of assets and liabilities (1.2); continue work preparing same (.9). |
| 02/24/14 | P. NELSON | 0.90 | Continue work on schedules of assets and liabilities (.5); correspondence and conferences with client regarding various follow-up items with respect to same, including outstanding claims and historical performance of company (.4). |
| 02/26/14 | P. NELSON | 1.70 | Finalize schedules of assets and liabilities and |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2037374
315620/0022
November 26, 2014

|  |  |  |  |
|---|---|---|---|
|  |  |  | statement of financial affairs (1.4); correspond with G. Khattack regarding same (.3). |
| 02/27/14 | P. NELSON | 0.10 | Conference with client regarding declaration with respect to electronic filing of documents. |
| 03/04/14 | P. NELSON | 0.80 | Prepare global notes to accompany schedules of assets and liabilities and statements of financial affairs (.2); finalize and file schedules and statements (.6). |
| 03/21/14 | P. NELSON | 0.30 | Conferences and correspondence with receiver's office regarding information needed to complete monthly operating report. |
| 03/26/14 | P. NELSON | 1.20 | Draft monthly operating report (.8); follow up with Chicago Real Estate Resources, Inc. regarding receiver's management of the debtor's property and cash receipts and disbursements (.4). |
| 03/28/14 | P. NELSON | 0.90 | Correspond with receiver's office regarding information with respect to information to complete monthly operating report (.3); prepare monthly operating report (.4); telephone conference with client regarding same (.2). |
| 04/17/14 | P. NELSON | 0.40 | Correspondence with M. Krystofiak regarding receiver's financial records with respect to management of the property, for the purposes of completing debtor's monthly operating report. |
| 04/21/14 | P. NELSON | 1.20 | Prepare monthly operating report for March 2014. |
| 04/22/14 | P. NELSON | 0.60 | Prepare and file March 2014 monthly operating report. |
| 05/16/14 | P. NELSON | 1.50 | Correspond with Chicago Real Estate Resources regarding materials for preparing monthly operating report (.3); prepare same (1.2). |
| 05/21/14 | P. NELSON | 1.10 | Prepare monthly operating report. |
| 06/23/14 | P. NELSON | 0.60 | Review materials regarding monthly operating report and begin work on same (.4); correspond with M. Semenow regarding same (.2). |
| 06/27/14 | P. NELSON | 0.20 | Correspond with M. Semenow regarding monthly operating report. |
| 07/02/14 | P. NELSON | 0.30 | Finalize and file monthly operating report. |
| 07/15/14 | P. NELSON | 0.60 | Correspondence and conferences with Malet Realty regarding monthly operating report. |
| 07/21/14 | P. NELSON | 0.40 | Review monthly operating report. |
| 07/28/14 | M. KIND | 0.30 | Prepare and file monthly operating report |
| 08/22/14 | P. NELSON | 0.60 | Review and revise July monthly operating report. |
| 08/28/14 | M. KIND | 0.50 | Prepare and file July monthly operating report |

Invoice # 2037374
315620/0022
November 26, 2014

| 08/28/14 | P. NELSON | 1.00 | Prepare monthly operating report for filing (.8); correspond with M. Kind regarding filing of same (.2). |
| 09/19/14 | P. NELSON | 0.30 | Correspond with M. Semenow regarding August monthly operating report. |
| 09/29/14 | P. NELSON | 0.40 | Coordinate with M. Kind regarding filing of August monthly operating report. |
| 10/27/14 | P. NELSON | 0.20 | Work on September 2014 monthly operating report. |
| 10/28/14 | P. NELSON | 0.30 | Finalize monthly operating report (.2); correspond with M. Kind regarding filing same (.1). |

Total Hours    20.10

Subtotal Fees    $9,504.00

**Total Invoice:**    **$9,504.00**

Timekeeper Summary  315620/0022

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| M. KIND | 0.80 | 300.00 | 240.00 |
| P. NELSON | 19.30 | 480.00 | 9,264.00 |
| Total all Timekeepers | 20.10 | | $9,504.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.



EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 MAIN +1 312 201 2555 FAX
edwardswildman.com

# Invoice

*Wire Instructions:*
Bank of America
100 Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
DUNS# 361207116

**Please Note New**
*Remittance Address*
P.O. Box 416395
Boston, MA 02241-6395

Fed. Id #05-0135015

30153 F9ATTY

Khattak Properties LLC
Attention: Ghaffar Khattak, Manager
2349 W. Devon
Chicago, IL 60659

November 26, 2014

For Professional Services Rendered

315620/0025
Invoice # 2038573
Tax Issues

| | | | | |
|---|---|---|---|---|
| 02/10/14 | T. MOROZ | 1.30 | Traveled to Cook County Clerk's Office regarding tax search and estimate of redemption as to sold taxes; traveled to Cook County Treasurer's Office and obtained proof of payment as to 2012 taxes. | (2) Travel Time (50%) |
| 02/13/14 | T. MOROZ | 0.50 | Obtained Estimate of Redemption from Cook Clerk's Office for sold real estate taxes, conference with Cook County Treasurer's Office regarding identity of party who paid 2012 taxes. | |

|  |  |
|---|---|
| Total Hours | 1.80 |
| Subtotal Fees | $486.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.

Invoice # 2038573
315620/0025
November 26, 2014

**Total Invoice:**          **$486.00**

Timekeeper Summary 315620/0025

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| T. MOROZ | 1.80 | 270.00 | 486.00 |
| Total all Timekeepers | 1.80 | | $486.00 |

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH
This invoice may include charges for professional services rendered by fee earners of Edwards Wildman Palmer UK LLP.